# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

WESTERN WATERSHEDS PROJECT; NATURAL
RESOURCES DEFENSE COUNCIL; CENTER FOR
BIOLOGICAL DIVERSITY; CALIFORNIA TROUT; et
al.

**E-filing**

**SUMMONS IN A CIVIL CASE**

**V.**

CASE NUMBER:

U.S. FOREST SERVICE

1460

TO: (Name and address of defendant)
U.S. FOREST SERVICE
1400 Independence Avenue, SW
Washington, DC 20250-0003

**PJH**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey R. Chanin  (CSB #103649)
Klaus H. Hamm     (CSB #224905)
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

an answer to the complaint which is herewith served upon you, within 20  60  days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the
complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE    MAR 1 4 2008

MARY ANN BUCKLE

(BY) DEPUTY CLERK

NDCAO440