```
 1  JEFFREY R. CHANIN (CSB # 103649)
    KLAUS H. HAMM (CSB # 224905)
 2  KEKER & VAN NEST, LLP
    710 Sansome Street
 3  San Francisco, CA 94111
    Telephone:   (415) 391-5400
 4  Facsimile:   (415) 397-7188
    Email: jchanin@kvn.com
 5         khamm@kvn.com

 6  LAUREN M. RULE (ISB # 6863), pro hac vice pending
    ADVOCATES FOR THE WEST
 7  P.O. Box 1612
    Boise, ID 83701
 8  Telephone:   (208) 342-7024
    Facsimile:   (208) 342-8286
 9  Email: lrule@advocateswest.org

10  Attorneys for Plaintiffs
```

FILED
08 MAR 14 PM 3:18
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT; NATURAL RESOURCES DEFENSE COUNCIL; CENTER FOR BIOLOGICAL DIVERSITY; CALIFORNIA TROUT; ENVIRONMENTAL PROTECTION INFORMATION CENTER; KLAMATH SISKIYOU WILDLANDS CENTER; LOS PADRES FOREST WATCH; SIERRA FOREST LEGACY; and SEQUOIA FOREST KEEPER,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. FOREST SERVICE,<br><br>Defendant. | Case No.: CV 08 1460 PJH<br><br>APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

412299.01

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO.

1      Pursuant to Civil L.R. 11-3, Lauren M. Rule, an active member in good standing of the
2  bar of Idaho, hereby applies for admission to practice in the Northern District of California on a
3  *pro hac vice* basis representing Plaintiffs in the above-entitled action.
4      In support of this application, I certify on oath that:
5      1.    I am an active member in good standing of a United States Court or of the highest
6  court of another State or the District of Columbia, as indicated above.
7      2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local
8  Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar
9  with the Local Rules and the Alternative Dispute Resolution programs of this Court.
10     3.    Attorneys who are members of the bar of this Court in good standing and who
11 maintain an office within the State of California have been designated as co-counsel in the
12 above-entitled action. The name, address and telephone number of those attorneys are: Jeffrey
13 R. Chanin and Klaus H. Hamm, Keker & Van Nest, LLP, 710 Sansome Street, San Francisco,
14 California 94111; telephone: (415) 391-5400.
15     I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 13, 2008

*/s/ Lauren M. Rule*
Lauren M. Rule

412299.01

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO.

1

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017820
Cashier ID: buckley
Transaction Date: 03/14/2008
Payer Name: time machine network
---------------------------------------
PRO HAC VICE
 For: lauren rule
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
---------------------------------------
CHECK
 Check/Money Order Num: 53732
 Amt Tendered: $210.00
---------------------------------------
Total Due:     $210.00
Total Tendered: $210.00
Change Amt:    $0.00

c08-1460pjh

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```