1  JEFFREY R. CHANIN (CSB # 103649)
   KLAUS H. HAMM (CSB # 224905)
2  KEKER & VAN NEST, LLP
   710 Sansome Street
3  San Francisco, CA 94111
   Telephone:    (415) 391-5400
4  Facsimile:    (415) 397-7188
   Email: jchanin@kvn.com
5         khamm@kvn.com

6  LAUREN M. RULE (ISB # 6863), *pro hac vice* pending
   ADVOCATES FOR THE WEST
7  P.O. Box 1612
   Boise, ID 83701
8  Telephone:    (208) 342-7024
   Facsimile:    (208) 342-8286
9  Email: lrule@advocateswest.org

10 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT; NATURAL RESOURCES DEFENSE COUNCIL; CENTER FOR BIOLOGICAL DIVERSITY; CALIFORNIA TROUT; ENVIRONMENTAL PROTECTION INFORMATION CENTER; KLAMATH SISKIYOU WILDLANDS CENTER; LOS PADRES FOREST WATCH; SIERRA FOREST LEGACY; and SEQUOIA FOREST KEEPER,<br><br>                Plaintiffs,<br><br>  vs.<br><br>U.S. FOREST SERVICE,<br><br>                Defendant. | Case No. 3:08-cv-01460-PJH<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Date Comp. Filed:    March 14, 2008<br><br>Trial Date: Not Assigned |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: March 19, 2008                             KEKER & VAN NEST, LLP


                                              By: /s/ Klaus H. Hamm
                                                  KLAUS H. HAMM
                                                  Attorneys for Plaintiffs