1  JEFFREY R. CHANIN (CSB # 103649)
   KLAUS H. HAMM (CSB # 224905)
2  KEKER & VAN NEST, LLP
   710 Sansome Street
3  San Francisco, CA 94111
   Telephone:    (415) 391-5400
4  Facsimile:    (415) 397-7188
   Email: jchanin@kvn.com
5          khamm@kvn.com

6  LAUREN M. RULE (ISB # 6863), *pro hac vice* pending
   ADVOCATES FOR THE WEST
7  P.O. Box 1612
   Boise, ID 83701
8  Telephone:    (208) 342-7024
   Facsimile:    (208) 342-8286
9  Email: lrule@advocateswest.org

10 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT; NATURAL RESOURCES DEFENSE COUNCIL; CENTER FOR BIOLOGICAL DIVERSITY; CALIFORNIA TROUT; ENVIRONMENTAL PROTECTION INFORMATION CENTER; KLAMATH SISKIYOU WILDLANDS CENTER; LOS PADRES FOREST WATCH; SIERRA FOREST LEGACY; and SEQUOIA FORESTKEEPER,<br><br>          Plaintiffs,<br><br>     vs.<br><br>U.S. FOREST SERVICE,<br><br>          Defendant. | Case No.: 3:08-cv-01460-PJH<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF LAUREN M. RULE TO APPEAR AS COUNSEL *PRO HAC VICE* ON BEHALF OF PLAINTIFFS** |

413613.01

[PROPOSED] ORDER GRANTING APPLICATION OF LAUREN M. RULE TO APPEAR AS COUNSEL *PRO HAC VICE* ON BEHALF OF PLAINTIFFS
CASE NO. 3:08-cv-01460-PJH

1  Lauren M. Rule, an active member in good standing of the bar of Idaho, whose business
2  address and telephone number is Advocates for the West, Post Office Box 1612, Boise, Idaho
3  83701, Telephone: (208) 342-7024, having applied in the above-entitled action for admission to
4  practice in the Northern District of California on a *pro hac vice* basis, representing Western
5  Watersheds Project; Natural Resources Defense Council; Center For Biological Diversity;
6  California Trout; Environmental Protection Information Center; Klamath Siskiyou Wildlands
7  Center; Los Padres Forest Watch; Sierra Forest Legacy; and Sequoia ForestKeeper;

8  IT IS HEREBY ORDERED that the application is granted, subject to the terms and
9  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
10 *vice*. Service of papers upon and communication with co-counsel designated in the application
11 will constitute notice to the party. All future filings in this action are subject to the requirements
12 contained in General Order No. 45, *Electronic Case Filing*.

15 DATED:_____    _____
16                                                              PHYLLIS J. HAMILTON
                                                                 UNITED STATES DISTRICT COURT JUDGE

---

1

[PROPOSED] ORDER GRANTING APPLICATION OF LAUREN M. RULE TO APPEAR AS COUNSEL *PRO HAC VICE* ON BEHALF OF PLAINTIFFS
CASE NO.

413613.01