JEFFREY R. CHANIN (CSB # 103649)
KLAUS H. HAMM (CSB # 224905)
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188
Email: jchanin@kvn.com
          khamm@kvn.com

LAUREN M. RULE (ISB # 6863), *pro hac vice* pending
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
Telephone:     (208) 342-7024
Facsimile:     (208) 342-8286
Email: lrule@advocateswest.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT; NATURAL RESOURCES DEFENSE COUNCIL; CENTER FOR BIOLOGICAL DIVERSITY; CALIFORNIA TROUT; ENVIRONMENTAL PROTECTION INFORMATION CENTER; KLAMATH SISKIYOU WILDLANDS CENTER; LOS PADRES FOREST WATCH; SIERRA FOREST LEGACY; and SEQUOIA FORESTKEEPER,<br><br>                Plaintiffs,<br><br>    vs.<br><br>U.S. FOREST SERVICE,<br><br>                Defendant. | Case No.: 3:08-cv-01460-PJH<br><br>**[~~PROPOSED~~] ORDER GRANTING APPLICATION OF LAUREN M. RULE TO APPEAR AS COUNSEL *PRO HAC VICE* ON BEHALF OF PLAINTIFFS** |

413613.01

[PROPOSED] ORDER GRANTING APPLICATION OF LAUREN M. RULE TO APPEAR AS COUNSEL *PRO HAC VICE* ON BEHALF OF PLAINTIFFS
CASE NO. 3:08-cv-01460-PJH

1  Lauren M. Rule, an active member in good standing of the bar of Idaho, whose business
2  address and telephone number is Advocates for the West, Post Office Box 1612, Boise, Idaho
3  83701, Telephone: (208) 342-7024, having applied in the above-entitled action for admission to
4  practice in the Northern District of California on a *pro hac vice* basis, representing Western
5  Watersheds Project; Natural Resources Defense Council; Center For Biological Diversity;
6  California Trout; Environmental Protection Information Center; Klamath Siskiyou Wildlands
7  Center; Los Padres Forest Watch; Sierra Forest Legacy; and Sequoia ForestKeeper;

8  IT IS HEREBY ORDERED that the application is granted, subject to the terms and
9  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
10 *vice*. Service of papers upon and communication with co-counsel designated in the application
11 will constitute notice to the party. All future filings in this action are subject to the requirements
12 contained in General Order No. 45, *Electronic Case Filing*.

15 DATED: 3/21/08

PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

413613.01

1
[PROPOSED] ORDER GRANTING APPLICATION OF LAUREN M. RULE TO APPEAR AS COUNSEL *PRO HAC VICE* ON BEHALF OF PLAINTIFFS
CASE NO.