| | |
|---|---|
| 1 | JEFFREY R. CHANIN (CSB # 103649) |
| 2 | KLAUS H. HAMM (CSB # 224905) |
|   | KEKER & VAN NEST, LLP |
| 3 | 710 Sansome Street |
|   | San Francisco, CA 94111 |
| 4 | Telephone:    (415) 391-5400 |
|   | Facsimile:    (415) 397-7188 |
| 5 | Email: jchanin@kvn.com |
| 6 |         khamm@kvn.com |

LAUREN M. RULE (ISB # 6863), *pro hac vice* pending
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
Telephone:    (208) 342-7024
Facsimile:    (208) 342-8286
Email: lrule@advocateswest.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT; NATURAL RESOURCES DEFENSE COUNCIL; CENTER FOR BIOLOGICAL DIVERSITY; CALIFORNIA TROUT; ENVIRONMENTAL PROTECTION INFORMATION CENTER; KLAMATH SISKIYOU WILDLANDS CENTER; LOS PADRES FOREST WATCH; SIERRA FOREST LEGACY; and SEQUOIA FORESTKEEPER,<br><br>          Plaintiffs,<br><br>     vs.<br><br>U.S. FOREST SERVICE,<br><br>          Defendant. | Case No.: C08-01460 PJH<br><br>**PROOF OF SERVICE** |

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On April 10, 2008, I served the following documents:

SUMMONS IN A CIVIL CASE

COMPLAINT FOR VIOLATIONS OF THE FISCAL YEAR 2005 CONSOLIDATED APPROPRIATIONS ACT, THE NATIONAL ENVIRONMENTAL POLICY ACT, AND THE APPEALS REFORM ACT;

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*;

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

ORDER REQUIRING JOINT CASE MANAGEMENT STATEMENT AND APPEARANCE AT CASE MANAGEMENT CONFERENCE;

NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION;

AND

ECF REGISTRATION INFORMATION HANDOUT

by **CERTIFIED MAIL – RETURN RECEIPT REQUESTED,** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for collection and processing of correspondence for Certified mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid.

United States Forest Service
1400 Independence Avenue, S.W.
Washington, DC 20250

| | |
|---|---|
| Civil Process Clerk<br>United States Attorney's Office<br>United States District Court for the<br>    Northern District of California<br>450 Golden Gate Avenue, 9th Floor<br>San Francisco, CA 94102 | Office of the Attorney General<br>441 4th Street N.W., Suite 1060 N<br>Washington, DC 20001 |

Executed on April 10, 2008, at San Francisco, California.

I, Dorotea de Arco Fox, declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

_/s/ Dorotea de Arco Fox_

PROOF OF SERVICE
CASE NO. C08-01460 PJH

415048.01