1  JEFFREY R. CHANIN (CSB # 103649)
2  KLAUS H. HAMM (CSB # 224905)
   KEKER & VAN NEST, LLP
3  710 Sansome Street
   San Francisco, CA 94111
4  Telephone:    (415) 391-5400
   Facsimile:    (415) 397-7188
5  Email: jchanin@kvn.com
6          khamm@kvn.com

7  LAUREN M. RULE (ISB # 6863), admitted *pro hac vice*
   ADVOCATES FOR THE WEST
8  P.O. Box 1612
   Boise, ID 83701
9  Telephone:    (208) 342-7024
   Facsimile:    (208) 342-8286
10 Email: lrule@advocateswest.org

11 Attorneys for Plaintiffs

12

13                     UNITED STATES DISTRICT COURT

14            FOR THE NORTHERN DISTRICT OF CALIFORNIA

15 WESTERN WATERSHEDS PROJECT;          )  Case No.: C08-01460 PJH
16 NATURAL RESOURCES DEFENSE            )
   COUNCIL; CENTER FOR BIOLOGICAL       )
17 DIVERSITY; CALIFORNIA TROUT;         )        __AMENDED__
   ENVIRONMENTAL PROTECTION             )
18 INFORMATION CENTER; KLAMATH          )  **PROOF OF SERVICE**
   SISKIYOU WILDLANDS CENTER; LOS       )
19 PADRES FOREST WATCH; SIERRA          )
   FOREST LEGACY; and SEQUOIA           )
20 FORESTKEEPER,                        )
                                        )
21                                      )
                     Plaintiffs,        )
22                                      )
                                        )
23        vs.                           )
                                        )
24 U.S. FOREST SERVICE,                 )
                                        )
25                   Defendant.         )
                                        )
26 ─────────────────────────────────────

27

28

415048.01

1      I am employed in the City and County of San Francisco, State of California in the office

2 of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker

3 & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

4      On **April 25, 2008**, I served the following documents:

5                SUMMONS IN A CIVIL CASE

6     COMPLAINT FOR VIOLATIONS OF THE FISCAL YEAR 2005 CONSOLIDATED APPROPRIATIONS ACT, THE NATIONAL ENVIRONMENTAL POLICY ACT, AND THE

7                APPEALS REFORM ACT;

8     APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE;*

9     ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR

10                DEADLINES;

11   ORDER REQUIRING JOINT CASE MANAGEMENT STATEMENT AND APPEARANCE AT CASE MANAGEMENT CONFERENCE;

12
  NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION;

13                AND

14
     ECF REGISTRATION INFORMATION HANDOUT

15 by **CERTIFIED MAIL – RETURN RECEIPT REQUESTED,** by placing a true and correct

16 copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for collection and processing of correspondence for Certified mailing.

17 According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid.

18
United States Attorney General Michael B. Mukasey

19 Department of Justice

20 950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

21

22      Executed on April 25, 2008, at San Francisco, California.

23      I, Dorotea de Arco Fox, declare under penalty of perjury under the laws of the United

24 States of America that the above is true and correct.

25

26

27

28

                         1