1  RONALD J. TENPAS
     Assistant Attorney General
2    Environment and Natural Resources Division
     United States Department of Justice
3  DAVID B. GLAZER (D.C. 400966; MD)
     Natural Resources Section
4    Environment and Natural Resources Division
     United States Department of Justice
5    301 Howard Street, Suite 1050
     San Francisco, California  94105
6    Telephone:    (415) 744-6491
     Facsimile:    (415) 744-6476
7    E-mail:  david.glazer@usdoj.gov

8  Attorneys for the United States of America

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14  _____
                                                          )
15  WESTERN WATERSHEDS PROJECT, *et al.,*  )   No. 08-CV-1460 PJH
                                                          )
16            Plaintiffs,                          )   STIPULATION & [PROPOSED] ORDER
                                                          )   EXTENDING TIME TO ANSWER
17       v.                                         )   COMPLAINT AND CONTINUING
                                                          )   CASE MANAGEMENT CONFERENCE
18                                                      )
    UNITED STATES FOREST SERVICE,    )   Date:   CMC set for June 19, 2008
19                                                      )   Time:  2:30 p.m.
              Defendant.                         )
20  _____ )   Hon. Phyllis J. Hamilton

21

22

23

24

25

26

27

28

*Western Watersheds Project, et al. v. U.S. Forest Service*, No. 08-cv-1460 PJH — Stipulation and Proposed Order
Extending Time to Answer Complaint and Continuing Case Management Conference

1    Plaintiffs Western Watersheds Project, *et al.* and Defendant United States Forest Service

2  (the "Parties") submit this Stipulation and Proposed Order extending the time within which

3  Defendant may respond to the complaint, anticipated to be amended prior to the time for

4  answering the original complaint, and continuing the currently scheduled Case Management

5  Conference.  Pursuant to Local Rule 6-2, the Parties respectfully direct the Court's attention to

6  the accompanying Declaration of David B. Glazer.  The Parties further represent as follows:

7    1.    Plaintiffs intend to file an amended complaint by May 30, 2008.

8    2.    Defendant represents that it requires additional time to answer the complaint.  The

9  current complaint runs 40 pages and consists of over 170 paragraphs.  The majority of those

10  paragraphs contain detailed factual information that Defendant must carefully review and

11  consider in preparing a response.  It is reasonable to expect that the amended complaint will

12  contain additional material requiring further analysis.  (*See* Glazer Decl. ¶ 2.)

13    3.    Given the nature of the complaint and claims presented thus far and anticipated to

14  be presented in the amended complaint, Defendant requires additional time to respond to the new

15  complaint (which will supersede the original complaint under Fed. R. Civ. P. 15(a)(1)(A)).  In

16  addition, the Parties have begun discussion of case management issues and agree that it is most

17  practical to discuss and prepare a case management plan after plaintiffs file their amended

18  complaint, and they require additional time to do so.  (Glazer Decl. ¶ 3.)

19    4.    A Case Management Conference is currently set for June 19, 2008, at 2:30 p.m.

20    5.    The Parties agree, subject to Court approval, that Defendant may have up to and

21  including July 3, 2008, to respond to the amended complaint.

22    6.    The Parties further agree, subject to Court approval, that the Case Management

23  Conference should be continued from June 19, 2008, and propose that it be set for July 17, 2008,

24  with the Case Management Statement due July 10, 2008.

25    7.    No other extensions have been sought by any party in this case.  Other than

26  extending the time for answering the amended complaint and continuing the Case Management

27  Conference, the relief requested in this Stipulation will have no other effect on this case, in

28

1  which no events have been scheduled beyond the initial Case Management Conference.  (Glazer

2  Decl. ¶ 4.)

3

4        SO STIPULATED:

5                                              FOR PLAINTIFFS

6  Dated: May 16, 2008                         /s/KLAUS H. HAMM
                                               JEFFREY R. CHANIN
7                                              KLAUS H. HAMM
                                               KEKER & VAN NEST LLP
8                                              710 Sansome Street
                                               San Francisco,  California  94111
9                                              Telephone:     (415) 391-5400
                                               Facsimile:     (415) 397-7188
10                                             Email: jchanin@kv.com
                                                      khamm@kv.com
11

12                                             /s/LAUREN M. RULE
                                               LAUREN M. RULE
13                                             ADVOCATES FOR THE WEST
                                               P.O. Box 1612
14                                             Boise, Idaho  83701
                                               Telephone:     (208) 342-7024
15                                             Facsimile:     (208) 342-8286
                                               Email: lru1e@advocateswest.org
16

17                                             FOR DEFENDANT

18  Dated:  May 16, 2008                        /s/DAVID B. GLAZER
                                               DAVID B. GLAZER
19                                             Natural Resources Section
                                               Environment and Natural Resources Division
20                                             United States Department of Justice
                                               301 Howard Street, Suite 1050
21                                             San Francisco, California  94105
                                               Telephone:     (415) 744-6491
22                                             Facsimile:     (415) 744-6476
                                               E-mail:  david.glazer@usdoj.gov
23

24

25                            [PROPOSED] ORDER

26        In consideration of the Stipulation set out above, the Court hereby Orders that Defendant

27  shall respond to the amended complaint on or before July 3, 2008.  The Court further ORDERS

28

*Western Watersheds Project, et al. v. U.S. Forest Service*, No. 08-cv-1460 PJH — Stipulation and Proposed Order
Extending Time to Answer Complaint and Continuing Case Management Conference                    2

1  that the Case Management Conference, currently scheduled for June 19, 2008, at 2:30 p.m., is

2  continued to July 17, 2008, at _____, and that the parties' Joint Case Management

3  Conference Statement shall be filed by July 10, 2008.

4

5        PURSUANT TO STIPULATION, IT IS SO ORDERED.

6

7

8  Dated: _____        _____

9                                    HON. PHYLLIS J. HAMILTON
                                     UNITED STATES DISTRICT JUDGE

10

11

12              ATTORNEY ATTESTATION OF CONCURRENCE

13        I hereby attest that I have obtained concurrences in this filing for the signatures indicated
   by a "conformed" signature ("/s/") within this e-filed document.

14

15  Dated: May 16, 2008              /s/DAVID B. GLAZER
                                     DAVID B. GLAZER
16                                   Natural Resources Section
                                     Environment and Natural Resources Division
17                                   United States Department of Justice
                                     301 Howard Street, Suite 1050
18                                   San Francisco, California  94105
                                     Telephone:    (415) 744-6491
19                                   Facsimile:    (415) 744-6476
                                     E-mail:  david.glazer@usdoj.gov

20

21

22

23

24

25

26

27

28

*Western Watersheds Project, et al. v. U.S. Forest Service*, No. 08-cv-1460 PJH — Stipulation and Proposed Order
Extending Time to Answer Complaint and Continuing Case Management Conference                    3