RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
DAVID B. GLAZER (D.C. 400966; MD)
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
Telephone:  (415) 744-6491
Facsimile:  (415) 744-6476
E-mail:  david.glazer@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE,<br><br>    Defendant. | No. 08-CV-1460 PJH<br><br>DECLARATION OF DAVID B. GLAZER IN SUPPORT OF THE PARTIES' STIPULATION RE:  ANSWER TO THE COMPLAINT AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE<br><br>Date:  CMC set for June 19, 2008<br>Time:  2:30 p.m.<br>Hon. Phyllis J. Hamilton |

*Western Watersheds Project, et al. v. U.S. Forest Service*, No. 08-cv-1460 PJH — Decl. of David B. Glazer
Submitted in Support of Parties' Stipulation Extending Time to Answer and Continuing Case Mgt. Conf.

1    I, David B. Glazer, hereby declare as follows:

2    1.    I am attorney of record appearing in the above-captioned matter for the Defendant United States Forest Service.

3    2.    The current complaint in this action runs 40 pages and consists of over 170 paragraphs. The majority of those paragraphs contain detailed factual information that Defendant must carefully review and consider in preparing a response. Plaintiffs have indicated that they intend to file an amended complaint by May 30, 2008, prior to the time Defendant is required to respond to the original complaint. It is reasonable to expect that the amended complaint will contain additional material requiring further analysis.

4    3.    Given the nature of the complaint and claims presented thus far and anticipated to be presented in the amended complaint, Defendant requires additional time to respond to the new complaint. In addition, the Parties have begun discussions of case management issues and agree that it is most practical to discuss and prepare a case management plan after plaintiffs file their amended complaint, and they require additional time to do so.

5    4.    No other extensions have been sought by any party in this case. Other than extending the time for answering the amended complaint and continuing the Case Management Conference, the relief requested in this Stipulation will have no other effect on this case, in which no events have been set beyond the initial Case Management Conference.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 16th day of May 2008, in the City and County of San Francisco, California.

/s/David B. Glazer
DAVID B. GLAZER

*Western Watersheds Project, et al. v. U.S. Forest Service*, No. 08-cv-1460 PJH — Decl. of David B. Glazer
Submitted in Support of Parties' Stipulation Extending Time to Answer and Continuing Case Mgt. Conf.    1