1  JEFFREY R. CHANIN (CSB # 103649)
   KLAUS H. HAMM (CSB # 224905)
2  KEKER & VAN NEST, LLP
   710 Sansome Street
3  San Francisco, CA 94111
   Telephone:    (415) 391-5400
4  Facsimile:    (415) 397-7188
   Email: jchanin@kvn.com
5         khamm@kvn.com

6  LAUREN M. RULE (ISB # 6863), *pro hac vice*
   ADVOCATES FOR THE WEST
7  P.O. Box 1612
   Boise, ID 83701
8  Telephone:    (208) 342-7024
   Facsimile:    (208) 342-8286
9  Email: lrule@advocateswest.org

10 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT; NATURAL RESOURCES DEFENSE COUNCIL; CENTER FOR BIOLOGICAL DIVERSITY; CALIFORNIA TROUT; ENVIRONMENTAL PROTECTION INFORMATION CENTER; KLAMATH SISKIYOU WILDLANDS CENTER; LOS PADRES FOREST WATCH; SIERRA FOREST LEGACY; and SEQUOIA FOREST KEEPER,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>U.S. FOREST SERVICE,<br><br>                    Defendant. | Case No. 3:08-cv-01460-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT ADR CERTIFICATION OR NOTICE OF NEED FOR ADR PHONE CONFERENCE** |

418405.01

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT ADR CERTIFICATION OR
NOTICE OF NEED FOR ADR PHONE CONFERENCE
CASE NO. 3:08-cv-01460-PJH

1  The parties, by and through their undersigned counsel, hereby make a stipulated request
2  under Local Rule 6-2 that the time to file a Joint ADR Certification with Stipulation to ADR
3  Process or Notice of Need for ADR Phone Conference be extended to coincide with the July 10,
4  2008 deadline for filing an Initial Case Management Statement.  Pursuant to Local Rule 6-2, the
5  Parties respectfully direct the Court's attention to the accompanying Declaration of Klaus H.
6  Hamm.
7  **IT IS SO STIPULATED.**
8
9  Dated:  May 29, 2008                                                     FOR PLAINTIFFS
10
11                                                                                            By:  /s/ Klaus H. Hamm
                                                                                                   JEFFREY R. CHANIN
12                                                                                             KLAUS H. HAMM
                                                                                                   KEKER & VAN NEST LLP
13                                                                                             710 Sansome Street
                                                                                                   San Francisco, CA 94111
14
15
    Dated:  May 29, 2008                                                     FOR DEFENDANT
16
17                                                                                            By:   /s/ David Glazer
                                                                                                   DAVID GLAZER
18                                                                                             Natural Resources Section
                                                                                                   Environmental and Natural Resources
19                                                                                             Division
                                                                                                   Department of Justice
20                                                                                             301 Howard Street, Suite 1050
                                                                                                   San Francisco, CA 94105
21                                                                                             *Concurrence obtained per General Order 45 X.B.*
22
23
24
25
26                                                            **[PROPOSED] ORDER**
27  PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO
28  ORDERED. The time to file a Joint ADR Certification with Stipulation to ADR Process or

1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT ADR CERTIFICATION OR
NOTICE OF NEED FOR ADR PHONE CONFERENCE
CASE NO. 3:08-cv-01460-PJH

418405.01

1  Notice of Need for ADR Phone Conference is extended to July 10, 2008.

2

3  Dated: _____

4                                        The Honorable Phyllis J. Hamilton
United States District Judge

2

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT ADR CERTIFICATION OR NOTICE OF NEED FOR ADR PHONE CONFERENCE
CASE NO. 3:08-cv-01460-PJH

418405.01