1  JEFFREY R. CHANIN (CSB # 103649)
   KLAUS H. HAMM (CSB # 224905)
2  KEKER & VAN NEST, LLP
   710 Sansome Street
3  San Francisco, CA 94111
   Telephone:    (415) 391-5400
4  Facsimile:    (415) 397-7188
   Email: jchanin@kvn.com
5         khamm@kvn.com

6  LAUREN M. RULE (ISB # 6863), *pro hac vice*
   ADVOCATES FOR THE WEST
7  P.O. Box 1612
   Boise, ID 83701
8  Telephone:    (208) 342-7024
   Facsimile:    (208) 342-8286
9  Email: lrule@advocateswest.org

10 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT; NATURAL RESOURCES DEFENSE COUNCIL; CENTER FOR BIOLOGICAL DIVERSITY; CALIFORNIA TROUT; ENVIRONMENTAL PROTECTION INFORMATION CENTER; KLAMATH SISKIYOU WILDLANDS CENTER; LOS PADRES FOREST WATCH; SIERRA FOREST LEGACY; and SEQUOIA FOREST KEEPER,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. FOREST SERVICE,<br><br>Defendant. | Case No. 3:08-cv-01460-PJH<br><br>**DECLARATION OF KLAUS H. HAMM IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT ADR CERTIFICATION OR NOTICE OF NEED FOR ADR PHONE CONFERENCE** |

418413.01

DECLARATION OF KLAUS H. HAMM IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT ADR CERTIFICATION OR NOTICE OF NEED FOR ADR PHONE CONFERENCE
CASE NO. 3:08-cv-01460-PJH

1.   I am an associate with the firm of Keker & Van Nest LLP, counsel for Plaintiffs, and am admitted to practice before this Court.  The facts set forth herein are known to me of my personal knowledge, and if called upon I can testify truthfully thereto.

**L.R. 6-2(a)(1): Reasons for Requested Order Changing Time**

2.   The deadline for filing a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference is May 29, 2008.  Good cause exists to extend this deadline because the parties are not yet in the position to discuss a resolution of this matter. Pursuant to the parties May 19, 2008 stipulation, Plaintiffs intend to file an amended complaint by May 30, 2008 and Defendant has not yet had the opportunity to review this amended complaint.

**L.R. 6-2(a)(2): Previous Time Modifications**

3.   On May 19, 2008, the Court continued the Case Management Conference from June 19, 2008 to July 17, 2008 and the deadline for the parties to file a Joint Case Management Statement from June 12, 2008 to July 10, 2008.

**L.R. 6-2(a)(3): Effect of the Time Modification on Case Schedule**

4.   The requested scheduling change for the filing of a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference will not affect the schedule for this case.

I declare under penalty of perjury of the laws of the United States of America that the foregoing statements are true and correct and that this declaration was executed on May 29, 2008.


                                             /s/ Klaus H. Hamm
                                            KLAUS H. HAMM

418413.01

1

DECLARATION OF KLAUS H. HAMM IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT ADR CERTIFICATION OR NOTICE OF NEED FOR ADR PHONE CONFERENCE
CASE NO. 3:08-cv-01460-PJH