JEFFREY R. CHANIN (CSB # 103649)
KLAUS H. HAMM (CSB # 224905)
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188
Email: jchanin@kvn.com
       khamm@kvn.com

LAUREN M. RULE (ISB # 6863), admitted *pro hac vice*
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
Telephone:    (208) 342-7024
Facsimile:    (208) 342-8286
Email: lrule@advocateswest.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT; NATURAL RESOURCES DEFENSE COUNCIL; CENTER FOR BIOLOGICAL DIVERSITY; CALIFORNIA TROUT; ENVIRONMENTAL PROTECTION INFORMATION CENTER; KLAMATH SISKIYOU WILDLANDS CENTER; LOS PADRES FOREST WATCH; SIERRA FOREST LEGACY; SEQUOIA FORESTKEEPER; GRAND CANYON TRUST; UTAH ENVIRONMENTAL CONGRESS; RED ROCK FORESTS; and OREGON NATURAL DESERT ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. FOREST SERVICE,<br><br>Defendant. | Case No.: C08-01460 PJH<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE
CASE NO. C08-01460 PJH

415048.01

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On May 30, 2008, I served the following documents:

**FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FISCAL YEAR 2005 CONSOLIDATED APPROPRIATIONS ACT, THE NATIONAL ENVIRONMENTAL POLICY ACT, AND THE APPEALS REFORM ACT**

by **ELECTRONICALLY POSTING** to the ECF website of the United Sates District Court for the Northern District of California, San Francisco Division. The Court performed service electronically on all ECF-registered entities in this matter; and

by **UNITED STATES MAIL**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

DAVID B. GLAZER  
Natural Resources Section  
Environment and Natural Resources Division  
United States Department of Justice  
301 Howard Street, Suite 1050  
San Francisco, CA 94105

Executed on June 2, 2008, at San Francisco, California.

I, Wanda Krawczyk, declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

/s/ Wanda Krawczyk

---

415048.01

1  
PROOF OF SERVICE  
CASE NO. C08-01460 PJH