JEFFREY R. CHANIN (CSB # 103649)
KLAUS H. HAMM (CSB # 224905)
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188
Email: jchanin@kvn.com
       khamm@kvn.com

LAUREN M. RULE (ISB # 6863), *pro hac vice*
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
Telephone:    (208) 342-7024
Facsimile:    (208) 342-8286
Email: lrule@advocateswest.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT; NATURAL RESOURCES DEFENSE COUNCIL; CENTER FOR BIOLOGICAL DIVERSITY; CALIFORNIA TROUT; ENVIRONMENTAL PROTECTION INFORMATION CENTER; KLAMATH SISKIYOU WILDLANDS CENTER; LOS PADRES FOREST WATCH; SIERRA FOREST LEGACY; and SEQUOIA FOREST KEEPER,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>U.S. FOREST SERVICE,<br><br>                    Defendant. | Case No. 3:08-cv-01460-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT ADR CERTIFICATION OR NOTICE OF NEED FOR ADR PHONE CONFERENCE** |

418405.01

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT ADR CERTIFICATION OR
NOTICE OF NEED FOR ADR PHONE CONFERENCE
CASE NO. 3:08-cv-01460-PJH

The parties, by and through their undersigned counsel, hereby make a stipulated request under Local Rule 6-2 that the time to file a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference be extended to coincide with the July 10, 2008 deadline for filing an Initial Case Management Statement. Pursuant to Local Rule 6-2, the Parties respectfully direct the Court's attention to the accompanying Declaration of Klaus H. Hamm.

**IT IS SO STIPULATED.**

Dated:  May 29, 2008                              FOR PLAINTIFFS

By: /s/ Klaus H. Hamm
JEFFREY R. CHANIN
KLAUS H. HAMM
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111

Dated:  May 29, 2008                              FOR DEFENDANT

By:  /s/ David Glazer
DAVID GLAZER
Natural Resources Section
Environmental and Natural Resources Division
Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105

*Concurrence obtained per General Order 45 X.B.*

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED. The time to file a Joint ADR Certification with Stipulation to ADR Process or

1
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT ADR CERTIFICATION OR NOTICE OF NEED FOR ADR PHONE CONFERENCE
CASE NO. 3:08-cv-01460-PJH

418405.01

1   Notice of Need for ADR Phone Conference is extended to July 10, 2008.

3   Dated: 6/2/08

_____
The Honorable Phyllis J. Hamilton
United States District Judge



2
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT ADR CERTIFICATION OR
NOTICE OF NEED FOR ADR PHONE CONFERENCE
CASE NO. 3:08-cv-01460-PJH

418405.01