UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WESTERN WATERSHEDS PROJECT, et al.,

    Plaintiff(s),                        No. C 08-1460 PJH

    v.                                  **CLERK'S NOTICE**

U.S. FOREST SERVICE,

    Defendant(s).

_____/

    YOU ARE HEREBY NOTIFIED that on **July 31, 2008** at **2:30 p.m.**, in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE PHYLLIS J. HAMILTON will conduct the Initial Case Management Conference **previously noticed for** July 17, 2008 , in this matter.   A joint case management conference statement shall be filed by July 24, 2008.

    Richard W. Wieking
    Clerk, U.S. District Court

by:_____
Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton
(415) 522-2023

Dated: June 24, 2008