1  RONALD J. TENPAS
     Assistant Attorney General
2    Environment and Natural Resources Division
     United States Department of Justice
3  DAVID B. GLAZER (D.C. 400966; MD)
     Natural Resources Section
4    Environment and Natural Resources Division
     United States Department of Justice
5    301 Howard Street, Suite 1050
     San Francisco, California  94105
6    Telephone:    (415) 744-6491
     Facsimile:    (415) 744-6476
7    E-mail:  david.glazer@usdoj.gov

8  Attorneys for the United States of America

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14  _____
                                                    )
15  WESTERN WATERSHEDS PROJECT, *et al.,*  )   No. 08-CV-1460 PJH
                                                    )
16            Plaintiffs,                            )   DEFENDANT'S STATEMENT OF
                                                    )   NON-OPPOSITION TO CALIFORNIA
17        v.                                         )   CATTLEMEN'S ASSOCIATION
                                                    )   MOTION TO INTERVENE
18  UNITED STATES FOREST SERVICE,           )
                                                    )
19                                                  )   Date:  July 23, 2008
            Defendant.                               )   Time:  9:00 a.m.
20  _____ )   Hon. Phyllis J. Hamilton

21

22

23

24

25

26

27

28

*Western Watersheds Project, et al. v. U.S. Forest Service*, No. 08-cv-1460 PJH
Defendant's Statement of Non-Opposition to California Cattlemen's Ass'n Motion to Intervene

1    Pursuant to Local Rule 7-3(b), defendant United States Forest Service hereby submits

2  this statement of non-opposition to the motion to intervene of the California Cattlemen's

3  Association [Dkt. #18], to the extent that the proposed intervenor seeks permissive intervention.

4    Defendants note for the Court that the United States Court of Appeals for the Ninth

5  Circuit has addressed intervention as of right by private intervenors in actions, like this one,

6  brought under the National Environmental Policy Act, 42 U.S.C. §§ 4321–4370f.  *Kootenai*

7  *Tribe of Idaho v. Veneman*, 313 F.3d 1094, 1108 (9th Cir. 2002).  There, the court held that the

8  district court did not abuse its discretion in granting permissive intervention, under Federal Rule

9  of Civil Procedure 24(b).  313 F.3d at 1111.

10

11

12  Dated: June 25, 2008                    Respectfully submitted,

13                                         RONALD J. TENPAS
                                           Assistant Attorney General
14                                         Environment and Natural Resources Division
                                           United States Department of Justice
15                                         Washington, D.C.  20530

16

17                                         /s/David B. Glazer
                                           DAVID B. GLAZER
18                                         Natural Resources Section
                                           Environment and Natural Resources Division
19                                         United States Department of Justice
                                           301 Howard Street, Suite 1050
20                                         San Francisco, California  94105
                                           Telephone:    (415) 744-6491
21                                         Facsimile:    (415) 744-6476
                                           E-mail:  david.glazer@usdoj.gov

22

23

24

25

26

27

28

*Western Watersheds Project, et al. v. U.S. Forest Service*, No. 08-cv-1460 PJH
Defendant's Statement of Non-Opposition to California Cattlemen's Ass'n Motion to Intervene          1