1  RONALD J. TENPAS
     Assistant Attorney General
2    Environment and Natural Resources Division
     United States Department of Justice
3  DAVID B. GLAZER (D.C. 400966; MD)
     Natural Resources Section
4    Environment and Natural Resources Division
     United States Department of Justice
5    301 Howard Street, Suite 1050
     San Francisco, California 94105
6    Telephone:   (415) 744-6491
     Facsimile:    (415) 744-6476
7    E-mail:  david.glazer@usdoj.gov

8  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*, | No. 08-CV-1460 PJH |
| Plaintiffs, | STIPULATION & [PROPOSED] ORDER RE: ANSWER TO FIRST AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| UNITED STATES FOREST SERVICE, | |
| Defendant. | Date: CMC set for July 31, 2008<br>Time: 2:30 p.m.<br>Hon. Phyllis J. Hamilton |

*Western Watersheds Project, et al. v. U.S. Forest Service*, No. 08-cv-1460 PJH – Stipulation and Proposed Order Re: Answer to First Amended Complaint and Continuing Case Management Conference

Plaintiffs Western Watersheds Project, *et al.* and Defendant United States Forest Service (the "Parties") submit this Stipulation and Proposed Order extending the time within which Defendant may respond to Plaintiffs' First Amended Complaint. Pursuant to Local Rule 6-2, the Parties respectfully direct the Court's attention to the accompanying Declaration of David B. Glazer. The Parties further represent as follows:

1. Plaintiffs filed their original complaint on March 14, 2008, challenging 25 agency decisions covering 46 grazing allotments on 9 National Forests in California. (Compl. [Dkt. #1] ¶ 5; Glazer Decl. ¶ 2.)

2. Plaintiffs filed a First Amended Complaint on May 30, 2008, challenging 138 decisions involving 386 allotments across 25 National Forests in 8 western states. (First Amd. Compl. [Dkt. #15] ¶ 5; Glazer Decl. ¶ 3.)

3. Prior to the filing of plaintiffs' First Amended Complaint, the Parties submitted a Stipulation and Proposed Order extending the time for Defendant to respond to the anticipated amended complaint to July 3, 2008, and continuing the Case Management Conference to July 17, 2008, with the Case Management Conference Statement due July 10 [Dkt. #10]. On May 19, 2008, the Court approved that Stipulation and entered the proposed Order [Dkt. #12]. A Stipulation and Proposed Order was then submitted to move the due date for the Joint ADR Certification or Notice of Need for ADR Phone Conference to the new date for the Case Management Conference Statement [Dkt. #13]. The Court approved that Stipulation and entered the Proposed Order on June 2, 2008 [Dkt. #17]. (Glazer Decl. ¶ 4.)

4. On June 24, 2008, the Court on its own motion continued the Case Management Conference to July 31, 2008. (Glazer Decl. ¶ 5.)

5. The parties have met and conferred concerning potential avenues for case management. (Glazer Decl. ¶ 6.) Plaintiffs intend to suggest to the Court, in connection with the upcoming Case Management Conference, that the Parties litigate a selected number of decisions as "test cases," whose resolution they believe may provide guidance for the remainder of the litigation. Defendant believes that certain threshold issues should be addressed by the Court,

*Western Watersheds Project, et al. v. U.S. Forest Service*, No. 08-cv-1460 PJH – Stipulation and Proposed Order
Re:  Answer to First Amended Complaint and Continuing Case Management Conference          1

1  first. However, if the Court ultimately determines that it is appropriate to address the merits of
2  this case at this time, Defendant agrees that plaintiffs' test case approach as proposed is a viable
3  one.

4      6.    Plaintiffs have proposed that the Parties initially litigate issues in connection with
5  decisions regarding the allotments set out below and, subject to the reservations set out in
6  Paragraph 5, above, Defendants preliminarily agree with Plaintiffs' selection of these decisions.

    California:

| | |
|---|---|
| Lassen National Forest: | Champ's Flat, Diamond Mountain, Gooch Valley, Lower Pine Creek, North Eagle Lake |
| Plumas National Forest: | Mercer |

    Utah:

| | |
|---|---|
| Wasatch-Cache National Forest: | Red Castle, East Fork Black's Fork, Middle Fork Black's Fork, Lyman Lake, Little West Fork Black's Fork, Elizabeth Mountain No. 2, and Gilbert Peak/Hessie Lake-Henry's Fork |
| Manti La Sal National Forest: | South Skyline, Booth Canyon, and Potter Canyon |
| Fishlake National Forest: | Fremont River Ranger District |

    Idaho:

| | |
|---|---|
| Caribou-Targhee National Forest: | Ashton/Island Park Nine Allotment |

    Wyoming:

| | |
|---|---|
| Bridger-Teton National Forest: | Muddy Ridge |

(Glazer Decl. ¶ 6.)

    7.    If the Court determines that it is appropriate to manage the litigation in accordance with the test case approach outlined above, the Parties agree that it would seem unnecessary for Defendant to respond at this time to the entire complaint (and compile the associated administrative records) with respect to all of the decisions challenged in the amended complaint.  Accordingly, and subject to Court approval, the Parties Stipulate that Defendant's obligation to respond to Plaintiffs' First Amended Complaint should be stayed until after the Case Management Conference, at which time the Court can review the Parties' Case

*Western Watersheds Project, et al. v. U.S. Forest Service*, No. 08-cv-1460 PJH – Stipulation and Proposed Order
Re:  Answer to First Amended Complaint and Continuing Case Management Conference    2

1  Management Statement, including the proposed test case approach. If the Court adopts the test

2  case approach, the Parties further Stipulate that Defendants' obligation to respond to the

3  amended complaint at this time should be limited to those allegations relating to the proposed

4  test cases. The Parties recognize that Court approval of that latter stipulation will need to await

5  the Case Management Conference and the Court's consideration of the test case approach.

6      8.    The extension sought in this Stipulation and Proposed Order would be consistent

7  with the test case approach proposed by Plaintiffs and would not be inconsistent with the Court's

8  consideration of certain threshold issues prior to the merits, as Defendant may propose. This

9  relief requested herein does not otherwise affect the course of this litigation.

10      9.    The Parties further make a stipulated request, subject to Court approval, to

11  continue the currently scheduled Case Management Conference to Thursday, August 14, 2008.

12  As noted in Paragraph 4, above, the Court has moved that Conference from July 17 to July 31. If

13  the Court grants this request, the Parties also stipulate to file their initial Case Management

14  Conference Statement by July 25, 2008, and request that the Court extend the time to file a Joint

15  ADR Certification or Notice of Need for ADR Phone Conference also to July 25, 2008, to

16  coincide with filing of the initial Case Management Conference Statement. The Parties make

17  this request to accommodate their respective counsel's scheduling conflicts. (Glazer Decl. ¶ 7.)

18      10.    Other than the extensions referenced in Paragraph 3, above, there have been no

19  other extensions sought in this case. (Glazer Decl. ¶ 8.)

    SO STIPULATED:

                      FOR PLAINTIFFS

Dated: July 3, 2008           /s/KLAUS H. HAMM
                                  JEFFREY R. CHANIN
                                  KLAUS H. HAMM
                                  KEKER & VAN NEST LLP
                                  710 Sansome Street
                                  San Francisco, California 94111
                                  Telephone:    (415) 391-5400
                                  Facsimile:    (415) 397-7188
                                  Email: jchanin@kv.com
                                          khamm@kv.com

*Western Watersheds Project, et al. v. U.S. Forest Service*, No. 08-cv-1460 PJH – Stipulation and Proposed Order
Re: Answer to First Amended Complaint and Continuing Case Management Conference    3

```
                                    /s/LAUREN M. RULE
                                    LAUREN M. RULE
                                    ADVOCATES FOR THE WEST
                                    P.O. Box 1612
                                    Boise, Idaho  83701
                                    Telephone:   (208) 342-7024
                                    Facsimile:   (208) 342-8286
                                    Email: lru1e@advocateswest.org


                                    FOR DEFENDANT

Dated:  July 3, 2008                /s/DAVID B. GLAZER
                                    DAVID B. GLAZER
                                    Natural Resources Section
                                    Environment and Natural Resources Division
                                    United States Department of Justice
                                    301 Howard Street, Suite 1050
                                    San Francisco, California  94105
                                    Telephone:   (415) 744-6491
                                    Facsimile:   (415) 744-6476
                                    E-mail:  david.glazer@usdoj.gov
```

## [PROPOSED] ORDER

In consideration of the Stipulation set out above, the Court hereby Orders that Defendant's obligation to respond to the amended complaint is stayed until a date to be set following the Case Management Conference. The Court further Orders that the Case Management Conference is continued to August 14, 2008, at 2:30 p.m., and that the Joint Case Management Conference Statement and Joint ADR Certification or Notice of Need for ADR Phone Conference shall be filed on or before July 25, 2008.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  _____          _____
                                    HON. PHYLLIS J. HAMILTON
                                    UNITED STATES DISTRICT JUDGE

ATTORNEY ATTESTATION OF CONCURRENCE

I hereby attest that I have obtained concurrences in this filing for the signatures indicated by a "conformed" signature ("/s/") within this e-filed document.

Dated: July 3, 2008

/s/DAVID B. GLAZER
DAVID B. GLAZER
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone:  (415) 744-6491
Facsimile:  (415) 744-6476
E-mail: david.glazer@usdoj.gov