WILLIAM J. THOMAS, JR., Bar No. 67798
HEATHER C. BAUGH, Bar No. 244850
ANTHONY J. VAN RUITEN, Bar No. 256087
BEST BEST & KRIEGER LLP
400 Capitol Mall, Suite 1650
Sacramento, California 95814
Telephone: (916) 325-4000
Telecopier: (916) 325-4010

Attorneys for Intervenor
California Cattlemen's Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES FOREST SERVICE,<br><br>　　　　　Defendants. | Case No. 08-CV-1460 PJH<br><br>CALIFORNIA CATTLEMEN'S ASSOCIATION'S NOTICE OF ADDITIONAL PARTIES FOR CALIFORNIA CATTLEMEN'S ASSOCIATION MOTION TO INTERVENE<br><br>Date:  July 23, 2008<br>Time:  9:00 a.m.<br>Ctrm:  3<br>Judge: Honorable Judge Phyllis J. Hamilton<br><br>Complaint filed: March 14, 2008 |
| CALIFORNIA CATTLEMEN'S ASSOCIATION,<br><br>　　　　　Intervenor. | |

SACRAMENTO\HBAUGH\52096.2

NOTICE OF MOTION

NOTICE OF ADDITIONAL PARTIES

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Best Best & Krieger LLP has been directed by additional livestock interests to join the California Cattlemen's Association's ("CCA") Motion to Intervene in the above-entitled action, currently scheduled for hearing on July 23, 2008. These parties will allow CCA to take the lead role in briefing and responding to the Court as to the prospective rights and interests of all grazers in this action.

The additional parties include Arizona Cattle Grower's Association, Colorado Cattlemen's Association, Idaho Cattlemen's Association, Washington Cattlemen's Association, Oregon Cattlemen's Association, Wyoming Stock Grower's Association, Utah Cattlemen's Association, California Woolgrower's Association, Colorado Woolgrower's Association, and the Public Lands Council. These parties will not change the scope or arguments made in the original motion filed by CCA, as they have the same underlying interests and engage in the same practices on their allotments in Arizona, Washington, Oregon, Colorado, Idaho, Utah, and Wyoming. Public Lands Council is also a national grazing association that assists local and state associations in forming coalitions and gaining support in the political process.

The Complaint was filed on March 14, 2008 against the United States Forest Service ("USFS") over the issuance of grazing permit allotments using the Appropriations Act Rider categorical exclusion process. Subsequent to the original filing, plaintiffs amended the Complaint on May 30, 2008, wherein they significantly expanded the challenged allotments from 46 to 386, involving selected allotments in Idaho, Utah, Washington, Oregon, Colorado, Arizona, and Wyoming.

The National Cattlemen's Beef Association/Public Lands Council semi-annual meeting was held July 17-18, 2008 in Denver. At that meeting, based on the additional allegations made by plaintiffs in the First Amended Complaint, the groups decided to join the CCA in intervening in the recently expanded case.

The interests of the other states' livestock associations are identical to those of CCA as the

SACRAMENTO\HBAUGH\52096.2

NOTICE OF MOTION

1  impact on permitees will be the same regardless of the location of the allotment. In the interests
2  of judicial economy the above named parties should be added to CCA's Motion to Intervene. The
3  additional allotments representing interests outside of California were not included in the original
4  Complaint and unknown to CCA at the time it filed its Motion to Intervene. The interests of all
5  parties grazing under USFS allotments are unified in this action. Therefore, the expansion in the
6  named intervenors will not expand the legal issues or arguments in the case but will enable the
7  intervenors to address factual issues relevant to the plaintiffs' challenges on allotments in those
8  states. This will be particularly important relative to specific allotments in Utah, Wyoming and
9  Idaho which have been identified along with certain California allotments and will be the focus of
10 an initial hearing on CCA's Motion to Intervene, scheduled for July 23, 2008.

11      This office of Best Best & Krieger LLP was just notified of the interest in this case by
12 these other state livestock associations over the weekend. As a result, counsel wanted to provide
13 the Court and the related parties this notice on a timely basis.

14      Counsel anticipates the Court may want to address these inquiries relative to such
15 expanded intervention:

16      1)   Will the additional named parties expand the issues of the case, as
17 addressed above? The answer is no, these additional named parties will not expand the issues of
18 the case.

19      2)   Will the additional named parties simplify or complicate the administration
20 of the case? The inclusion of the additional named parties will eliminate additional filings by
21 other state livestock interests. Allowing the expansion of intervenors to include these additional
22 named parties will assure that there will not be other intervenors separately filing with the Court.

23      3)   Will CCA be able to address all the factual issues of the case? To the
24 extent that there was a concern that CCA would not be able to factually respond as to issues
25 involving allotments in Idaho, Utah, Wyoming, and the other states the expansion of the
26 intervenors to include the additional named parties will alleviate any such concern.

27      On balance, the expansion of the livestock intervenors to include the additional named
28 parties mirrors the expansion of the case by plaintiffs and will further the administration of justice

SACRAMENTO\HBAUGH\52096.2

NOTICE OF MOTION

1 | without complicating or expanding issues before the court.

3 | Dated: July 21, 2008

BEST BEST & KRIEGER LLP

By:   /s/ William J. Thomas, Jr.
William J. Thomas, Jr.
Heather C. Baugh
Anthony J. Van Ruiten
Attorneys for Intervenor
California Cattlemen's Association

SACRAMENTO\HBAUGH\52096.2