UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Western Watersheds Project, et al.,

          Plaintiff(s),

    v.

U.S. Forest Service,

          Defendant(s).

Case No. 08-cv-01460-PJH

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: July 16, 2008

[Party signature] Jon Marvel
E.D. WWP

Dated: 7/15/2008

/s/Lauren M. Rule
[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."