UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** July 23, 2008                                           **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-1460 PJH

**Case Name:** Western Watersheds Project et al. v. United States Forest Service

**Attorney(s) for Plaintiff:**      Warren A. Braunig; Klaus H. Hamm
**Attorney(s) for Defendant:**   David B. Glazer; William Thomas (Intervenor)

**Deputy Clerk:** Nichole Heuerman          **Court Reporter:** Lydia Zinn

**PROCEEDINGS**

    California Cattleman's Association's Motion to Intervene-GRANTED in part and DENIED in part as stated on the record. Intervention will be allowed only on the question of remedy as stated on the record. The court will allow Mr. Thomas' firm to represent the additional parties submitted in the notice to the court only if they speak under one voice as stated on the record. The parties may file a stipulation for the court's signature regarding allowing intervenors to participate in settlement negotiations.

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc:** chambers file