1  JEFFREY R. CHANIN (CSB # 103649)
   KLAUS H. HAMM (CSB # 224905)
2  WARREN A. BRAUNIG (CSB # 243884)
   KEKER & VAN NEST, LLP
3  710 Sansome Street
   San Francisco, CA 94111
4  Telephone:    (415) 391-5400
   Facsimile:    (415) 397-7188
5  Email: jchanin@kvn.com
          khamm@kvn.com
6          wbraunig@kvn.com

7  LAUREN M. RULE (ISB # 6863), *pro hac vice*
   ADVOCATES FOR THE WEST
8  P.O. Box 1612
   Boise, ID 83701
9  Telephone:    (208) 342-7024
   Facsimile:    (208) 342-8286
10 Email: lrule@advocateswest.org

11 Attorneys for Plaintiffs

12

13               UNITED STATES DISTRICT COURT

14        FOR THE NORTHERN DISTRICT OF CALIFORNIA

15
   WESTERN WATERSHEDS PROJECT;      )  Case No.: C 08-01460 PJH
16 NATURAL RESOURCES DEFENSE        )
   COUNCIL; CENTER FOR BIOLOGICAL   )
17 DIVERSITY; CALIFORNIA TROUT;     )
   ENVIRONMENTAL PROTECTION         )  **NOTICE OF NEED FOR ADR PHONE**
18 INFORMATION CENTER; KLAMATH      )  **CONFERENCE**
   SISKIYOU WILDLANDS CENTER; LOS   )
19 PADRES FOREST WATCH; SIERRA      )
   FOREST LEGACY; SEQUOIA           )
20 FORESTKEEPER; GRAND CANYON       )
   TRUST; UTAH ENVIRONMENTAL        )
21 CONGRESS; RED ROCK FORESTS; and  )
   OREGON NATURAL DESERT            )
22 ASSOCIATION,                     )
                                    )
23                                  )
                     Plaintiffs,    )
24                                  )
        vs.                         )
25                                  )
   U.S. FOREST SERVICE,             )
26                                  )
                     Defendant.     )
27                                  )
                                    )
28 ─────────────────────────────────)

421973.01

1    Counsel report that they have met and conferred regarding ADR and that they:

2    X    have not yet reached an agreement to an ADR process

3         request an Early Settlement Conference with a Magistrate Judge

4    Date of Case Management Conference:    August 14, 2008

5    The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|------|--------------------|-----------|----------------|
| Laurie Rule | all plaintiffs | (208) 342-7024 | lrule@advocateswest.org |
| David Glazer | United States Forest Service | 415-744-6477 | David.Glazer@usdoj.gov |
| Kathyrn Guillou | United States Forest Service | 202-690-4972 | KATHRYN.GUILLOU@OGC.USDA.GOV |

Dated:  July 25, 2008                    FOR PLAINTIFFS


                              By:    /s/ Klaus H. Hamm
                                     JEFFREY R. CHANIN
                                     KLAUS H. HAMM
                                     WARREN A. BRAUNIG
                                     KEKER & VAN NEST LLP
                                     710 Sansome Street
                                     San Francisco, CA 94111


Dated:  July 25, 2008                    FOR DEFENDANT


                              By:    /s/ David B. Glazer
                                     DAVID B. GLAZER
                                     Natural Resources Section
                                     Environmental and Natural Resources Division
                                     Department of Justice
                                     301 Howard Street, Suite 1050
                                     San Francisco, CA 94105
                                     Concurrence obtained per General Order

421973.01

NOTICE OF NEED FOR ADR PHONE CONFERENCE
Case No.: C 08-01460 PJH