RONALD J. TENPAS
  Assistant Attorney General
  Environment and Natural Resources Division
  United States Department of Justice
DAVID B. GLAZER (D.C. 400966; MD)
  Natural Resources Section
  Environment and Natural Resources Division
  United States Department of Justice
  301 Howard Street, Suite 1050
  San Francisco, California  94105
  Telephone:    (415) 744-6491
  Facsimile:    (415) 744-6476
  E-mail: david.glazer@usdoj.gov
ALISON D. GARNER (UT 9988)
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663, Ben Franklin Station
Washington, D.C.  20004-0663
Telephone:    (202) 514-2855
Facsimile:    (202) 305-0506
E-mail: alison.garner@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*, | No. 08-CV-1460 PJH |
| Plaintiffs, | DEFENDANT'S CORRECTED NOTICE OF MOTION TO SEVER CLAIMS AND TRANSFER VENUE |
| v. | |
| UNITED STATES FOREST SERVICE, | Date:  September 10, 2008<br>Time:  9:00 a.m. |
| Defendant. | Hon. Phyllis J. Hamilton |

*Western Watersheds Project, et al. v. U.S. Forest Service*, No. 08-cv-1460 PJH
Defendant's Corrected Notice of Motion to Sever Claims and Transfer Venue

Defendant United States Forest Service hereby provides notice that, due to inadvertence, its Motion to Sever Claims and Transfer Venue [Dkt. #51] was incorrectly noticed for hearing on September 3, 2008. Defendant intended to properly notice it for hearing on September 10, 2008, and hereby renotices the motion for hearing on that date, at 9:00 a.m., before the Hon. Phyllis J. Hamilton. Defendant apologizes for any inconvenience.

Dated: August 6, 2008                    Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Washington, D.C. 20530


/s/David B. Glazer
DAVID B. GLAZER
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone:    (415) 744-6491
Facsimile:    (415) 744-6476
E-mail: david.glazer@usdoj.gov


ALISON D. GARNER
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663, Ben Franklin Station
Washington, D.C. 20044-0663
Telephone:    (202) 514-2855
Facsimile:    (202) 305-0506
E-mail: alison.garner@usdoj.gov

*Western Watersheds Project, et al. v. U.S. Forest Service*, No. 08-cv-1460 PJH
Defendant's Corrected Notice of Motion to Sever Claims and Transfer Venue                    1