JEFFREY R. CHANIN (CSB # 103649)
KLAUS H. HAMM (CSB # 224905)
WARREN A. BRAUNIG (CSB # 243884)
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188
Email: jchanin@kvn.com
       khamm@kvn.com
       wbraunig@kvn.com

LAUREN M. RULE (ISB # 6863), *pro hac vice*
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
Telephone:    (208) 342-7024
Facsimile:    (208) 342-8286
Email: lrule@advocateswest.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT; NATURAL RESOURCES DEFENSE COUNCIL; CENTER FOR BIOLOGICAL DIVERSITY; CALIFORNIA TROUT; ENVIRONMENTAL PROTECTION INFORMATION CENTER; KLAMATH SISKIYOU WILDLANDS CENTER; LOS PADRES FOREST WATCH; SIERRA FOREST LEGACY; and SEQUOIA FOREST KEEPER,<br><br>                Plaintiffs,<br><br>     vs.<br><br>U.S. FOREST SERVICE,<br><br>                Defendant. | Case No. 3:08-cv-01460-PJH<br><br>**[PROPOSED] ORDER RE STIPULATION FOR FILING SECOND AMENDED COMPLAINT** |

1  Pursuant to the parties' stipulation submitted on August 6, 2008, IT IS ORDERED that
2  Plaintiffs may file a Second Amended Complaint.  The Second Amended Complaint supersedes
3  the First Amended Complaint and Defendant shall respond to the Second Amended Complaint at
4  the time and in the manner that it would have been obligated to respond to the First Amended
5  Complaint.
6  IT IS SO ORDERED.
7  Dated:

By: _____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE