1  JEFFREY R. CHANIN (CSB # 103649)
   KLAUS H. HAMM (CSB # 224905)
2  WARREN A. BRAUNIG (CSB # 243884)
   KEKER & VAN NEST, LLP
3  710 Sansome Street
   San Francisco, CA 94111
4  Telephone:    (415) 391-5400
   Facsimile:    (415) 397-7188
5  Email: jchanin@kvn.com
          khamm@kvn.com
6         wbraunig@kvn.com

7  LAUREN M. RULE (ISB # 6863), *pro hac vice*
   ADVOCATES FOR THE WEST
8  P.O. Box 1612
   Boise, ID 83701
9  Telephone:    (208) 342-7024
   Facsimile:    (208) 342-8286
10 Email: lrule@advocateswest.org

11 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT; NATURAL RESOURCES DEFENSE COUNCIL; CENTER FOR BIOLOGICAL DIVERSITY; CALIFORNIA TROUT; ENVIRONMENTAL PROTECTION INFORMATION CENTER; KLAMATH SISKIYOU WILDLANDS CENTER; LOS PADRES FOREST WATCH; SIERRA FOREST LEGACY; and SEQUOIA FOREST KEEPER,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>U.S. FOREST SERVICE,<br><br>　　　　　　Defendant. | Case No. 3:08-cv-01460-PJH<br><br>[~~PROPOSED~~] ORDER RE STIPULATION FOR FILING SECOND AMENDED COMPLAINT |

1    Pursuant to the parties' stipulation submitted on August 6, 2008, IT IS ORDERED that
2 Plaintiffs may file a Second Amended Complaint.  The Second Amended Complaint supersedes
3 the First Amended Complaint and Defendant shall respond to the Second Amended Complaint at
4 the time and in the manner that it would have been obligated to respond to the First Amended
5 Complaint.
6    IT IS SO ORDERED.
7 Dated:  8/12/08

By: _____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE



422828.01

1

[PROPOSED] ORDER RE STIPULATION FOR FILING SECOND AMENDED COMPLAINT
CASE NO. 3:08-cv-01460-PJH