UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** August 14, 2008　　　　　　　　　　　　**JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-1460 PJH

**Case Name:** Western Watersheds Project et al. v. United States Forest Service

**Attorney(s) for Plaintiff:**　　Lauren M. Rule; Warren A. Braunig; Klaus H. Hamm
**Attorney(s) for Defendant:**　　David B. Glazer

**Deputy Clerk:** Nichole Heuerman　　　　　**Court Reporter:** Not Reported

**PROCEEDINGS**

　　Initial Case Management Conference-Held. The court informs the parties that the proposal submitted to the court regarding how to manage the case is not duable. The parties shall meet and confer regarding how to manage the case in accordance with the court's pointers and return in two weeks for a further case management conference. The further case management conference is set for 8/28/08 at 2:30 p.m. Mr. Glazer informs the court that he has an appearance before another judge at the same time. This matter will be called last. If counsel is not able to appear by 4:00 he shall inform the court.

**Order to be prepared by:**　[] Pl [] Def [] Court

**Notes:**

**cc:** chambers file