CHRISTIAN C. SCHEURING, SBN 208807
JACK L. RICE, SBN 248778
CALIFORNIA FARM BUREAU FEDERATION
2300 River Plaza Drive
Sacramento, CA 95833
Telephone:   (916) 561-5660
Facsimile:    (916) 561-5691

Attorneys for Proposed Intervenors
   CALIFORNIA FARM BUREAU FEDERATION;
   IDAHO FARM BUREAU FEDERATION;
   OREGON FARM BUREAU;
   UTAH FARM BUREAU FEDERATION;
   WASHINGTON FARM BUREAU;
   WYOMING FARM BUREAU FEDERATION;
   HENRY GIACOMINI; and
   HANNAH TANGEMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, et al. | Case No.: 08-cv-1460 PJH |
| *Plaintiffs,* | STIPULATION FOR INTERVENTION; and |
| v. | (Proposed) ORDER THEREON |
| UNITED STATES FOREST SERVICE. | |
| *Defendants.* | |
| CALIFORNIA CATTLEMEN'S ASSOCIATION; IDAHO CATTLEMEN'S ASSOCIATION; WASHINGON CATTLEMEN'S ASSOCIATION; OREGON CATTLEMEN'S ASSOCIATION; WYOMING STOCK GROWER'S ASSOCIATION; UTAH CATTLEMEN'S ASSOCIATION; CALIFORNIA WOOLGROWER'S; ASSOCIATION; COLORADO WOOLGROWERS ASSOCIATION; and the PUBLIC LANDS COUNCIL, | Last Heard:   10-1-08<br>Time:          9:30 a.m.<br>Dept:           3<br>Judge:         Hon. Phyllis J. Hamilton<br><br>2nd Amended Complaint filed:   8-06-08 |
| *Intervenors.* | |

WHEREAS, California Farm Bureau Federation, Idaho Farm Bureau Federation, Oregon Farm Bureau, Utah Farm Bureau Federation, Washington Farm Bureau, Wyoming Farm Bureau Federation, Henry Giacomini, and Hannah Tangeman (collectively "Farm Bureau Parties") intend to file a motion to intervene in this case as Defendant-Intervenors, and the parties in this case herein agree to not oppose said motion to intervene of the Farm Bureau Parties in accordance with the terms of this stipulation;

WHEREAS, the Farm Bureau Parties propose and agree that their intervention in this case can be limited to the remedial aspects of the case;

WHEREAS, Plaintiffs Western Watersheds Project, *et al.* ("Plaintiffs"), defendant United States Forest Service ("Defendant"), and the existing intervenors California Cattlemen's Association, *et al.* ("CCA") propose and agree that the Farm Bureau Parties should be granted such limited intervention in this case;

NOW, THEREFORE, it is hereby stipulated by and between Farm Bureau Parties, Plaintiffs, Defendant and CCA, through their respective counsel, as follows:

1. Farm Bureau Parties shall be granted intervention in this action, but with such intervention limited to the remedial aspects of the litigation should the Defendant be found liable.

2. Farm Bureau Parties shall be represented by the same lawyer and speak with one voice in briefs and in court. Moreover, prior to filing any brief or appearing in court, Farm Bureau Parties shall coordinate with CCA so as not to duplicate arguments.

3. Plaintiffs, Defendant and CCA do not oppose the motion.

4. Farm Bureau Parties may participate, upon notification by the plaintiffs and defendant, in settlement discussions about remedies even if those discussions precede a determination of liability.

///

5. This Stipulation may be executed by way of counterpart signatures and/or by way of facsimile signatures.

Darted:   August 25 2008

By _____
JACK L. RICE
Attorney for [Proposed] Intervenors
CALIFORNIA FARM BUREAU FEDERATION;
IDAHO FARM BUREAU FEDERATION;
OREGON FARM BUREAU;
UTAH FARM BUREAU FEDERATION;
WASHINGTON FARM BUREAU
WYOMING FARM BUREAU FEDERATION;
HENRY GIACOMINI; and
HANNAH TANGEMAN

Dated:   August 22, 2008

/S/   Executed pursuant Genl. Ord. No. 45, §X(a)
By _____
KEKER & VAN NEST LLP
JEFFREY R. CHANIN
KLAUS H. HAMM
WARREN A. BRAUNIG
Attorneys for Plaintiffs
WESTERN WATERSHEDS PROJECT;
NATURAL RESOURCES DEFENSE COUNCIL;
CENTER FOR BIOLOGICAL DIVERSITY;
CALIFORNIA TROUT; ENVIRONMENTAL
PROTECTION INFORMATION CENTER;
KLAMATH SISKIYOU WILDLANDS CENTER;
LOS PADRES FOREST LEGACY; SEQUOIA
FORESTKEEPER; GRAND CANYON TRUST;
UTAH ENVIRONMENTAL CONGRESS;
RED ROCK FORESTS; and
OREGON NATURAL DESERT ASSOCIATION.

Dated: August 19, 2008

/S/   Executed pursuant Genl. Ord. No. 45, §X(a)

**DAVID BERNARD GLAZER**
Attorney for Defendant
UNITED STATES FOREST SERVICE

///

Dated: _____    By_____
**WILLIAM J. THOMAS**
Attorneys for Defendant Intervenors
CALIFORNIA CATTLEMEN'S ASSOCIATION;
ARIZONA CATTLE GROWER'S ASSOCIATION;
COLORADO CATTLEMEN'S ASSOCIATION;
IDAHO CATTLEMEN'S ASSOCIATION;
WASHINGTON CATTLEMEN'S ASSOCIATION;
OREGON CATTLEMEN'S ASSOCIATION; UTAH
CATTLEMEN'S ASSOCIATION; WYOMING
STOCK GROWERS ASSOCIATION; CALIFORNIA
WOOLGROWERS ASSOCIATION; COLORADO
WOOLGROWERS ASSOCIATION; and
PUBLIC LANDS COUNCIL

## ORDER

The Court, having read and considered the foregoing stipulation, and good cause appearing therefore,

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable **PHYLLIS J. HAMILTON**,
Judge of the US District Court

1  Dated: 8/19/08          By _____
2                             WILLIAM J. THOMAS
                              Attorneys for Defendant Intervenors
3                             CALIFORNIA CATTLEMEN'S ASSOCIATION;
                              ARIZONA CATTLE GROWER'S ASSOCIATION;
4                             COLORADO CATTLEMEN'S ASSOCIATION;
                              IDAHO CATTLEMEN'S ASSOCIATION;
5                             WASHINGTON CATTLEMEN'S ASSOCIATION;
                              OREGON CATTLEMEN'S ASSOCIATION; UTAH
6                             CATTLEMEN'S ASSOCIATION; WYOMING
                              STOCK GROWERS ASSOCIATION; CALIFORNIA
7                             WOOLGROWERS ASSOCIATION; COLORADO
                              WOOLGROWERS ASSOCIATION; and
                              PUBLIC LANDS COUNCIL

## ORDER

The Court, having read and considered the foregoing stipulation, and good cause appearing therefore,

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable **PHYLLIS J. HAMILTON**,
Judge of the US District Court