```
1  CHRISTIAN C. SCHEURING, SBN 208807
   JACK L. RICE, SBN 248778
2  CALIFORNIA FARM BUREAU FEDERATION
   2300 River Plaza Drive
3  Sacramento, CA 95833
   Telephone:  (916) 561-5660
4  Facsimile:  (916) 561-5691

5  Attorneys for Proposed Intervenors
     CALIFORNIA FARM BUREAU FEDERATION;
6    IDAHO FARM BUREAU FEDERATION;
     OREGON FARM BUREAU;
7    UTAH FARM BUREAU FEDERATION;
     WASHINGTON FARM BUREAU;
8    WYOMING FARM BUREAU FEDERATION;
     HENRY GIACOMINI; and
9    HANNAH TANGEMAN
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, et al. | Case No.: 08-cv-1460 PJH |
| *Plaintiffs,* | **STIPULATION FOR INTERVENTION; and** |
| v. | (~~Proposed~~) **ORDER THEREON** |
| UNITED STATES FOREST SERVICE. | |
| *Defendants.* | |
| CALIFORNIA CATTLEMEN'S ASSOCIATION; IDAHO CATTLEMEN'S ASSOCIATION; WASHINGON CATTLEMEN'S ASSOCIATION; OREGON CATTLEMEN'S ASSOCIATION; WYOMING STOCK GROWER'S ASSOCIATION; UTAH CATTLEMEN'S ASSOCIATION; CALIFORNIA WOOLGROWER'S; ASSOCIATION; COLORADO WOOLGROWERS ASSOCIATION; and the PUBLIC LANDS COUNCIL, | **Last Heard:** 10-1-08<br>**Time:** 9:30 a.m.<br>**Dept:** 3<br>**Judge:** Hon. Phyllis J. Hamilton<br><br>2nd **Amended Complaint filed:** 8-06-08 |
| *Intervenors.* | |

WHEREAS, California Farm Bureau Federation, Idaho Farm Bureau Federation, Oregon Farm Bureau, Utah Farm Bureau Federation, Washington Farm Bureau, Wyoming Farm Bureau Federation, Henry Giacomini, and Hannah Tangeman (collectively "Farm Bureau Parties") intend to file a motion to intervene in this case as Defendant-Intervenors, and the parties in this case herein agree to not oppose said motion to intervene of the Farm Bureau Parties in accordance with the terms of this stipulation;

WHEREAS, the Farm Bureau Parties propose and agree that their intervention in this case can be limited to the remedial aspects of the case;

WHEREAS, Plaintiffs Western Watersheds Project, *et al.* ("Plaintiffs"), defendant United States Forest Service ("Defendant"), and the existing intervenors California Cattlemen's Association, *et al.* ("CCA") propose and agree that the Farm Bureau Parties should be granted such limited intervention in this case;

NOW, THEREFORE, it is hereby stipulated by and between Farm Bureau Parties, Plaintiffs, Defendant and CCA, through their respective counsel, as follows:

1. Farm Bureau Parties shall be granted intervention in this action, but with such intervention limited to the remedial aspects of the litigation should the Defendant be found liable.

2. Farm Bureau Parties shall be represented by the same lawyer and speak with one voice in briefs and in court. Moreover, prior to filing any brief or appearing in court, Farm Bureau Parties shall coordinate with CCA so as not to duplicate arguments.

3. Plaintiffs, Defendant and CCA do not oppose the motion.

4. Farm Bureau Parties may participate, upon notification by the plaintiffs and defendant, in settlement discussions about remedies even if those discussions precede a determination of liability.

///

Case 3:08-cv-01460-PJH    Document 62    Filed 08/26/2008    Page 3 of 5

5. This Stipulation may be executed by way of counterpart signatures and/or by way of facsimile signatures.

Darted:  August 25 2008

By _____
**JACK L. RICE**
Attorney for [Proposed] Intervenors
CALIFORNIA FARM BUREAU FEDERATION;
IDAHO FARM BUREAU FEDERATION;
OREGON FARM BUREAU;
UTAH FARM BUREAU FEDERATION;
WASHINGTON FARM BUREAU
WYOMING FARM BUREAU FEDERATION;
HENRY GIACOMINI; and
HANNAH TANGEMAN

Dated:  August 22, 2008

/S/   Executed pursuant Genl. Ord. No. 45, §X(a)
By _____
**KEKER & VAN NEST LLP**
**JEFFREY R. CHANIN**
**KLAUS H. HAMM**
**WARREN A. BRAUNIG**
Attorneys for Plaintiffs
WESTERN WATERSHEDS PROJECT;
NATURAL RESOURCES DEFENSE COUNCIL;
CENTER FOR BIOLOGICAL DIVERSITY;
CALIFORNIA TROUT; ENVIRONMENTAL
PROTECTION INFORMATION CENTER;
KLAMATH SISKIYOU WILDLANDS CENTER;
LOS PADRES FOREST LEGACY; SEQUOIA
FORESTKEEPER; GRAND CANYON TRUST;
UTAH ENVIRONMENTAL CONGRESS;
RED ROCK FORESTS; and
OREGON NATURAL DESERT ASSOCIATION.

Dated: August 19, 2008

/S/   Executed pursuant Genl. Ord. No. 45, §X(a)

**DAVID BERNARD GLAZER**
Attorney for Defendant
UNITED STATES FOREST SERVICE

///

3 of 4
STIIPULATION FOR INTERVENTION; and (PROPOSED) ORDER THEREON

Dated: _____   By_____
**WILLIAM J. THOMAS**
Attorneys for Defendant Intervenors
CALIFORNIA CATTLEMEN'S ASSOCIATION;
ARIZONA CATTLE GROWER'S ASSOCIATION;
COLORADO CATTLEMEN'S ASSOCIATION;
IDAHO CATTLEMEN'S ASSOCIATION;
WASHINGTON CATTLEMEN'S ASSOCIATION;
OREGON CATTLEMEN'S ASSOCIATION; UTAH
CATTLEMEN'S ASSOCIATION; WYOMING
STOCK GROWERS ASSOCIATION; CALIFORNIA
WOOLGROWERS ASSOCIATION; COLORADO
WOOLGROWERS ASSOCIATION; and
PUBLIC LANDS COUNCIL

## ORDER

The Court, having read and considered the foregoing stipulation, and good cause appearing therefore,

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable **PHYLLIS J. HAMILTON**,
Judge of the US District Court

Dated: 8/26/08          By _____
WILLIAM J. THOMAS
Attorneys for Defendant Intervenors
CALIFORNIA CATTLEMEN'S ASSOCIATION;
ARIZONA CATTLE GROWER'S ASSOCIATION;
COLORADO CATTLEMEN'S ASSOCIATION;
IDAHO CATTLEMEN'S ASSOCIATION;
WASHINGTON CATTLEMEN'S ASSOCIATION;
OREGON CATTLEMEN'S ASSOCIATION; UTAH
CATTLEMEN'S ASSOCIATION; WYOMING
STOCK GROWERS ASSOCIATION; CALIFORNIA
WOOLGROWERS ASSOCIATION; COLORADO
WOOLGROWERS ASSOCIATION; and
PUBLIC LANDS COUNCIL

## ORDER

The Court, having read and considered the foregoing stipulation, and good cause appearing therefore,

**IT IS SO ORDERED.**

Dated: 8/26/08

_____
Honorable _____ HAMILTON,
Judge Phyllis J. Hamilton

IT IS SO ORDERED
Judge Phyllis J. Hamilton