RONALD J. TENPAS
  Assistant Attorney General
  Environment and Natural Resources Division
  United States Department of Justice
DAVID B. GLAZER (D.C. 400966; MD)
  Natural Resources Section
  Environment and Natural Resources Division
  United States Department of Justice
  301 Howard Street, Suite 1050
  San Francisco, California  94105
  Telephone:   (415) 744-6491
  Facsimile:    (415) 744-6476
  E-mail:  david.glazer@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*, | No. 08-CV-1460 PJH |
| Plaintiffs, | DECLARATION OF DAVID B. GLAZER IN SUPPORT OF THE PARTIES' STIPULATION AND PROPOSED ORDER RE:  DEFENDANT'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO SEVER CLAIMS AND TRANSFER VENUE |
| v. | |
| UNITED STATES FOREST SERVICE, | |
| Defendant. | Date:   September 10, 2008<br>Time:   9:00 a.m.<br>Hon. Phyllis J. Hamilton |

*Western Watersheds Project, et al. v. U.S. Forest Service*, No. 08-cv-1460 PJH — Decl. of David B. Glazer Submitted in Support of Parties' Stipulation re: Deft's Reply Brief in Support of its Motion to Sever Claims and Transfer Venue

1  I, David B. Glazer, hereby declare as follows:

2  1.  I am attorney of record appearing in the above-captioned matter for the Defendant United States Forest Service.

3  2.  Defendant filed its motion to sever claims and transfer venue [Dkt. ##51, 52] on August 6, 2008, and plaintiffs filed a memorandum in opposition on August 20, 2008 [Dkt. #57]. Defendant's reply memorandum is due August 27, 2008.

4  3.  The Parties have agreed to ask the Court to continue the hearing on defendant's motion to sever and transfer pending further case management proceedings. The Parties have also agreed that the defendant may file its reply memorandum on or before September 3, 2008.

5  4.  Prior to the filing of plaintiffs' First Amended Complaint, the Parties submitted a Stipulation and Proposed Order extending the time for Defendant to respond to the anticipated amended complaint to July 3, 2008, and continuing the Case Management Conference to July 17, 2008 [Dkt. #10]. On May 19, 2008, the Court approved the Stipulation and entered the proposed Order [Dkt. #12]. A Stipulation and Proposed Order was then submitted to move the due date for the Joint ADR Certification or Notice of Need for ADR Phone Conference to the new date for the Case Management Conference Statement [Dkt. #13]. The Court approved that Stipulation and entered the Proposed Order on June 2, 2008 [Dkt. #17]. On July 3, 2008, the Parties submitted a Stipulation and Proposed Order re: Answer to First Amended Complaint and Continuing Case Management Conference [Dkt. #22]. The Court approved that Stipulation and entered the Proposed Order on July 8, 2008 [Dkt. #25], continuing the Case Management Conference to August 14, 2008, staying the defendant's obligation to respond to the amended complaint, and requiring filing of the Case Management Conference Statement and Joint ADR Certification or Notice of Need for ADR Phone Conference by July 25, 2008. No other extensions have been sought by the Parties or granted by the Court in this case.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

*Western Watersheds Project, et al. v. U.S. Forest Service*, No. 08-cv-1460 PJH — Decl. of David B. Glazer Submitted in Support of Parties' Stipulation re: Deft's Reply Brief in Support of its Motion to Sever Claims and Transfer Venue                                                                                                                                         1

1  Executed this 27th day of August, 2008, in the City and County of San Francisco,
2  California.

4  /s/David B. Glazer
   DAVID B. GLAZER

28 *Western Watersheds Project, et al. v. U.S. Forest Service*, No. 08-cv-1460 PJH — Decl. of David B. Glazer Submitted in Support of Parties' Stipulation re: Deft's Reply Brief in Support of its Motion to Sever Claims and Transfer Venue                                                                     2