

# CALIFORNIA FARM BUREAU FEDERATION
### NATURAL RESOURCES AND ENVIRONMENTAL DIVISION
2300 RIVER PLAZA DRIVE, SACRAMENTO, CA 95833-3293 · PHONE (916) 561-5665 · FAX (916) 561-5691

August 27, 2008

Nichole Heuerman
Department 3 Calendar Clerk
US District Court
Northern District of San Francisco
450 Golden Gate Avenue
San Francisco, CA 94102

*Re:*   ***Western Watersheds Project, et al. v. US Forest Service, et al.;***
   ***Case No. 080-cv-1460 PJH;***
   ***10-1-08 Hearing on Motion to Intervene.***

Dear Clerk Heuerman:

Pursuant to Judge Hamilton's execution of the *Stipulation for Intervention and Order* (issued yesterday in the above matter), this serves to confirm movants' withdrawal of the ***Motion to Intervene*** filed by California Farm Bureau Federation. Accordingly, this letter also confirms that the parties need not appear for hearing ***October 1, 2008***, as the matter has been dropped and the court's calendar vacated.

Very truly yours,

*[signature]*

**Jack L. Rice**

JLR\mmm

cc:  Klaus Hemingway Hamm    *(Via Email:   khamm@kvn.com)*
     Lauren Marie Rule       *(Via Email:   lrule@advocateswest.org)*
     Jeffrey R. Chanin       *(Via Email:   jchanin@kvn.com)*
     Alison D. Garner        *(Via Email:   Alison.garner@usdoj.gov)*
     David Bernard Glazer    *(Via Email:   david.glazer@usdoj.gov)*
     William James Thomas, Jr.  *(Via Email:   william.thomas@bbklaw.com)*