# ATTACHMENT B

Western Watersheds Project FOIA 8/6/2007 8/20/2007.xls

## LASSEN NF - ACTUAL USE RECORD, 2002-2007

| RD | ALLOTMENT | YEAR | PERMITTEE | C/C | DATES | TIME | HMs | AUMs | COUNTY |
|---|---|---|---|---|---|---|---|---|---|
| HC | Blue Lake | 2007 | Closed | 0 | n/a | 0.0 | 0 | 0 | Shasta |
| HC | Blue Lake | 2006 | Closed | 0 | n/a | 0.0 | 0 | 0 | Shasta |
| HC | Blue Lake | 2005 | Vacant | 0 | n/a | 0.0 | 0 | 0 | Shasta |
| HC | Blue Lake | 2004 | Vacant | 0 | n/a | 0.0 | 0 | 0 | Shasta |
| HC | Blue Lake | 2003 | Vacant | 0 | n/a | 0.0 | 0 | 0 | Shasta |
| HC | Blue Lake | 2002 | Vacant | 0 | n/a | 0.0 | 0 | 0 | Shasta |
| AL | Butt Creek | 2007 | Closed | 0 | n/a | 0.0 | 0 | 0 | Plumas |
| AL | Butt Creek | 2006 | Closed | 0 | n/a | 0.0 | 0 | 0 | Plumas |
| AL | Butt Creek | 2005 | Vacant | 0 | n/a | 0.0 | 0 | 0 | Plumas |
| AL | Butt Creek | 2004 | Vacant | 0 | n/a | 0.0 | 0 | 0 | Plumas |
| AL | Butt Creek | 2003 | Vacant | 0 | n/a | 0.0 | 0 | 0 | Plumas |
| AL | Butt Creek | 2002 | Vacant | 0 | n/a | 0.0 | 0 | 0 | Plumas |
| AL | Butte Meadows | 2007 | Closed | 0 | n/a | 0.0 | 0 | 0 | Plumas |
| AL | Butte Meadows | 2006 | Closed | 0 | n/a | 0.0 | 0 | 0 | Plumas |
| AL | Butte Meadows | 2005 | Vacant | 0 | n/a | 0.0 | 0 | 0 | Plumas |
| AL | Butte Meadows | 2004 | Vacant | 0 | n/a | 0.0 | 0 | 0 | Plumas |
| AL | Butte Meadows | 2003 | Vacant | 0 | n/a | 0.0 | 0 | 0 | Plumas |
| AL | Butte Meadows | 2002 | Vacant | 0 | n/a | 0.0 | 0 | 0 | Plumas |
| HC | Cayton | 2007 | Closed | 0 | n/a | 0.0 | 0 | 0 | Shasta |
| HC | Cayton | 2006 | Closed | 0 | n/a | 0.0 | 0 | 0 | Shasta |
| HC | Cayton | 2005 | Vacant | 0 | n/a | 0.0 | 0 | 0 | Shasta |
| HC | Cayton | 2004 | Vacant | 0 | n/a | 0.0 | 0 | 0 | Shasta |
| HC | Cayton | 2003 | Vacant | 0 | n/a | 0.0 | 0 | 0 | Shasta |
| HC | Cayton | 2002 | Vacant | 0 | n/a | 0.0 | 0 | 0 | Shasta |
| EL | Champs Flat | 2007 | Giacomini, Henry & Pam | 160 | 6/1-9/30 | 4.0 | 642 | 847 | Lassen |
| EL | Champs Flat | 2006 | Hat Creek Hereford | 150 | 6/1-9/30 | 4.0 | 602 | 602 | Lassen |
| EL | Champs Flat | 2006 | Hat Creek Hereford | 8 | 6/1-9/30 | 4.0 | 32 | 48 | Lassen |
| EL | Champs Flat | 2005 | Hat Creek Hereford | 140 | 6/1-8/15 | 2.5 | 350 | 245 | Lassen |
| EL | Champs Flat | 2005 | Hat Creek Hereford | 75 | 6/1-9/30 | 4.0 | 301 | 397 | Lassen |
| EL | Champs Flat | 2004 | Hat Creek Hereford | 10 | 6/1-8/15 | 2.5 | 25 | 38 | Lassen |
| EL | Champs Flat | 2004 | Hat Creek Hereford | 140 | 6/1-8/15 | 2.5 | 350 | 245 | Lassen |
| EL | Champs Flat | 2004 | Hat Creek Hereford | 60 | 6/1-9/30 | 4.0 | 241 | 318 | Lassen |
| EL | Champs Flat | 2003 | Hat Creek Hereford | 8 | 6/1-8/15 | 2.5 | 20 | 30 | Lassen |
| EL | Champs Flat | 2003 | Hat Creek Hereford | 125 | 6/1-8/15 | 2.5 | 312 | 218 | Lassen |
| EL | Champs Flat | 2003 | Hat Creek Hereford | 60 | 6/1-9/30 | 4.0 | 241 | 318 | Lassen |
| EL | Champs Flat | 2002 | Hat Creek Hereford | 8 | 6/1-8/15 | 2.5 | 20 | 30 | Lassen |
| EL | Champs Flat | 2002 | Hat Creek Hereford | 170 | 6/1-9/30 | 4.0 | 682 | 900 | Lassen |
| EL | Champs Flat | 2002 | Hat Creek Hereford | 5 | 6/1-9/30 | 4.0 | 20 | 30 | Lassen |

Prepared by Tom Frolli, Range Program Mgr, 08/30/2007

Western Watersheds Project FOIA 8/6/2007 8/20/2007.xls

| | | Year | Permittee | Head | Dates | AUMs | | | Forest |
|---|---|---|---|---|---|---|---|---|---|
| EL | Champs Flat | 2007 | Mapes Ranch, Inc. | 750 | 7/16-9/20 | 2.2 | 1652 | 2181 | Lassen |
| EL | Champs Flat | 2006 | Mapes Ranch, Inc. | 800 | 7/1-8/10 | 1.4 | 1078 | 1423 | Lassen |
| EL | Champs Flat | 2005 | Mapes Ranch, Inc. | 0 | nonuse | 0.0 | 0 | 0 | Lassen |
| EL | Champs Flat | 2004 | Mapes Ranch, Inc. | 500 | 7/1-8/10 | 1.4 | 674 | 890 | Lassen |
| EL | Champs Flat | 2003 | Mapes Ranch, Inc. | 800 | 7/15-8/17 | 1.1 | 894 | 1180 | Lassen |
| EL | Champs Flat | 2002 | Mapes Ranch, Inc. | 255 | 6/1-9/30 | 4.0 | 1023 | 1350 | Lassen |
| | | | | | | | | | |
| EL | Diamond Mountain | 2007 | Hulsman Ranch Partnership | 0 | nonuse | 0.0 | 0 | 0 | Lassen |
| EL | Diamond Mountain | 2006 | Hulsman Ranch Partnership | 0 | nonuse | 0.0 | 0 | 0 | Lassen |
| EL | Diamond Mountain | 2005 | Hulsman Ranch Partnership | 0 | nonuse | 0.0 | 0 | 0 | Lassen |
| EL | Diamond Mountain | 2004 | Hulsman Ranch Partnership | 0 | nonuse | 0.0 | 0 | 0 | Lassen |
| EL | Diamond Mountain | 2003 | Hulsman Ranch Partnership | 50 | 7/1-8/31 | 2.0 | 102 | 135 | Lassen |
| EL | Diamond Mountain | 2002 | Hulsman Ranch Partnership | 50 | 7/1-8/31 | 2.0 | 102 | 135 | Lassen |
| | | | | | | | | | |
| EL | Gooch Valley | 2007 | Mapes Ranch, Inc. | 250 | 5/20-9/20 | 4.1 | 1019 | 1345 | Lassen |
| EL | Gooch Valley | 2006 | Mapes Ranch, Inc. | 192 | 6/1-9/30 | 4.0 | 770 | 1016 | Lassen |
| EL | Gooch Valley | 2005 | Mapes Ranch, Inc. | 0 | nonuse | 0.0 | 0 | 0 | Lassen |
| EL | Gooch Valley | 2004 | Mapes Ranch, Inc. | 225 | 7/1-9/30 | 3.0 | 681 | 899 | Lassen |
| EL | Gooch Valley | 2004 | Mapes Ranch, Inc. | 66 | 7/1-9/30 | 3.0 | 200 | 264 | Lassen |
| EL | Gooch Valley | 2004 | Mapes Ranch, Inc. | 107 | 7/1-9/30 | 3.0 | 324 | 428 | Lassen |
| EL | Gooch Valley | 2004 | Mapes Ranch, Inc. | 25 | 7/1-9/30 | 3.0 | 76 | 100 | Lassen |
| EL | Gooch Valley | 2004 | Mapes Ranch, Inc. | 4 | 7/1-9/30 | 3.0 | 12 | 16 | Lassen |
| EL | Gooch Valley | 2003 | Mapes Ranch, Inc. | 440 | 8/17-9/27 | 1.4 | 608 | 803 | Lassen |
| EL | Gooch Valley | 2002 | Mapes Ranch, Inc. | 220 | 7/1-8/31 | 2.0 | 448 | 591 | Lassen |
| EL | Gooch Valley | 2002 | Mapes Ranch, Inc. | 64 | 7/1-8/31 | 2.0 | 130 | 172 | Lassen |
| EL | Gooch Valley | 2002 | Mapes Ranch, Inc. | 104 | 7/1-8/31 | 2.0 | 212 | 280 | Lassen |
| EL | Gooch Valley | 2002 | Mapes Ranch, Inc. | 8 | 7/1-8/31 | 2.0 | 16 | 21 | Lassen |
| EL | Gooch Valley | 2002 | Mapes Ranch, Inc. | 4 | 7/1-8/31 | 2.0 | 8 | 11 | Lassen |
| | | | | | | | | | |
| EL | Lower Pine Creek | 2007 | Mapes Ranch, Inc. | 690 | 5/20-7/15 | 1.9 | 1293 | 1707 | Lassen |
| EL | Lower Pine Creek | 2006 | Mapes Ranch, Inc. | 736 | 8/11-9/30 | 1.7 | 1234 | 1629 | Lassen |
| EL | Lower Pine Creek | 2005 | Mapes Ranch, Inc. | 0 | nonuse | 0.0 | 0 | 0 | Lassen |
| EL | Lower Pine Creek | 2004 | Mapes Ranch, Inc. | 481 | 8/11-9/30 | 1.7 | 806 | 1064 | Lassen |
| EL | Lower Pine Creek | 2004 | Mapes Ranch, Inc. | 37 | 6/1-9/9 | 3.3 | 123 | 162 | Lassen |
| EL | Lower Pine Creek | 2003 | Mapes Ranch, Inc. | 736 | 6/6-7/15 | 1.3 | 968 | 1278 | Lassen |
| EL | Lower Pine Creek | 2003 | Mapes Ranch, Inc. | 64 | 7/6-7/15 | 1.3 | 84 | 111 | Lassen |
| EL | Lower Pine Creek | 2002 | Mapes Ranch, Inc. | 315 | 6/1-9/30 | 4.0 | 1263 | 1667 | Lassen |
| | | | | | | | | | |
| EL | North Eagle Lake | 2007 | Mapes Ranch, Inc. | 750 | 8/20-9/20 | 1.1 | 789 | 1041 | Lassen |
| EL | North Eagle Lake | 2006 | Mapes Ranch, Inc. | 800 | 6/15-6/30 | 0.5 | 421 | 556 | Lassen |
| EL | North Eagle Lake | 2005 | Mapes Ranch, Inc. | 0 | nonuse | 0.0 | 0 | 0 | Lassen |
| EL | North Eagle Lake | 2004 | Mapes Ranch, Inc. | 500 | 6/1-6/30 | 1.0 | 493 | 651 | Lassen |
| EL | North Eagle Lake | 2003 | Mapes Ranch, Inc. | 800 | 9/28-9/30 | 0.1 | 79 | 104 | Lassen |
| EL | North Eagle Lake | 2002 | Mapes Ranch, Inc. | 173 | 6/1-9/30 | 4.0 | 694 | 916 | Lassen |

Prepared by Tom Frolli, Range Program Mgr, 08/30/2007

Western Watersheds Project FOIA 8/6/2007 8/20/2007.xls

| | | | | | | |
|---|---|---|---|---|---|---|
| AL | Soldier Meadows | 2007 | Closed | | 0 | n/a | 0.0 | 0 | Plumas |
| AL | Soldier Meadows | 2006 | Closed | | 0 | n/a | 0.0 | 0 | Plumas |
| AL | Soldier Meadows | 2005 | Vacant | | 0 | n/a | 0.0 | 0 | Plumas |
| AL | Soldier Meadows | 2004 | Vacant | | 0 | n/a | 0.0 | 0 | Plumas |
| AL | Soldier Meadows | 2003 | Vacant | | 0 | n/a | 0.0 | 0 | Plumas |
| AL | Soldier Meadows | 2002 | Vacant | | 0 | n/a | 0.0 | 0 | Plumas |
| AL | West Humbug | 2007 | Denny Land & Cattle | 0 | nonuse | 0.0 | 0 | Plumas |
| AL | West Humbug | 2006 | Denny Land & Cattle | 0 | nonuse | 0.0 | 0 | Plumas |
| AL | West Humbug | 2005 | Denny Land & Cattle | 0 | nonuse | 0.0 | 0 | Plumas |
| AL | West Humbug | 2004 | Denny Land & Cattle | 0 | nonuse | 0.0 | 0 | Plumas |
| AL | West Humbug | 2003 | Denny Land & Cattle | 0 | nonuse | 0.0 | 0 | Plumas |
| AL | West Humbug | 2002 | Denny Land & Cattle | 0 | nonuse | 0.0 | 0 | Plumas |

Prepared by Tom Frolli, Range Program Mgr, 08/30/2007