# ATTACHMENT C

ANNUAL OPERATING PLAN
DIAMOND MOUNTAIN ALLOTMENT

2002

This annual operating plan is a part of the Term on-off grazing permit issued to Tangemena Shorthorns 06-58-09, in 1989. This is a term on and off permit, with 38 percent National Forest, and 62 percent Shasta Forest and Tangeman private. The Permit numbers are as follows:
**Permit numbers are as follows:**

| Allotment | Number | Class | AUM Factor | Date | Time | A M's | AUM's |
|---|---|---|---|---|---|---|---|
| *Diamond Mountain* | 50 | Cow/calf | 1.32 | 7/1-8/31 | 2 mo. | 100 | 132 |

Permitted numbers for 2002 season are as follows:

| Allotment | Number | Class | AUM Factor | Date | Time | A M's | AUM's |
|---|---|---|---|---|---|---|---|
| *Diamond Mountain ON* | 50 | Cow/calf | 1.32 | 7/1-8/31 | 2 mo. | 100 | 132 |

**Rotation schedule and specific instructions for this year is as follows:**

The cattle will start out on the lower elevation where the private land is located and latter drift up to the higher elevations where the National Forest System lands are located.

Pasture move dates shown above are an estimate, and may need changing based on actual range readiness and utilization criteria provided within this plan. Please monitor actual conditions closely, and notify the Forest Service promptly if it appears that livestock will need to be moved sooner or later than the dates estimated above. A "Herd Movement Record" form is provided for you to keep a record of your actual livestock numbers, and move dates. Please complete this form during the season and return it to this office by November 1, 2002.

**Sensitive Areas Specific to these Allotments:**

The two most sensitive areas on this allotment are Aspen Lake area and Bear Flat. These areas will have to be watched closely to assure the standards and guidelines are met.
Aspen and willows in Gilman Basin and Bear Flat have received heavy use by livestock and wildlife. Monitoring use of these species will follow the Forest Standards and Guidelines of no more that 30 percent use of annual growth.

1

**Counting On:** Livestock may be counted before going on the forest. A Forest Service representative will set up the location and date to count livestock.

**Maintenance of Range Improvements:** Range improvement maintenance responsibilities are assigned to you in Part 3 of your Term Grazing Permit. All fences which will have livestock against them at turn-out must be maintained to standards prior to livestock entering the allotment. Please enter the dates when you checked or repaired the improvements and any comments about them on the provided form titled "Range Improvement Maintenance Responsibilities". Copies of the completed form must be provided to the Forest Service by November 1, 2002.

### On Dates and Range Readiness

Based on range readiness, your on-date may be adjusted up to two weeks earlier or later, depending on soil and forage conditions. Livestock entry onto the allotment or into a specific pasture will not be permitted until the soil is firm enough that livestock will not cause trampling damage to soil and vegetation and when the stage and growth of vegetation have met the following standards.

| Allotment | Plants | Growth | Stage |
|---|---|---|---|
| Lower Elevations | Bulbous bluegrass | 4 | Boots beginning to form |
| | Wedgeleaf Ceanothus | | Full Leaf, Full flower |
| | Bitterbrush | | Full leaf, Flower buds 50% open |
| Upper Elevations | Idaho fescue | 3 | Boots mostly formed |
| | Bitter brush | | Full leaf, Flower buds 50% open |
| | Squirrel Tail | 6 | Boots mostly formed |
| | Needlegrass | 6 | Boots beginning to form |
| | Mule ears | | Flower buds opening, leaves 3/4 |
| Meadows | Nebraska sedge | 6 | Full flower |
| | Kentucky bluegrass | 6 | Heads beginning to emerge |
| | Buttercup | 4 | Flowers faded |

2

**Utilization Standards:**

The Lassen National Forest Land and Resource Management Plan (Forest Plan) was signed and came into effect January 1, 1993. All Lassen Forest grazing permits were modified in 1994 to include Forest Plan standards and guidelines. It is the permittee's responsibility to monitor and move their livestock before standards are exceeded. The permittee will remove livestock from Forest Service administered lands before the end date of the designated grazing season, when needed, to prevent Forest Plan standards and guidelines from being exceeded.

These standards will be adhered to until Forest Service approved site specific standards are in place and instructions indicate to do otherwise.

**Upland Rangelands**

Allow 50 percent utilization of perennial rangeland vegetation that is in at least fair condition with stable trend and not associated with riparian zones. Decrease utilization to 0-49 percent on perennial vegetation where rangeland condition is in less than fair condition or has a downward trend. Utilization is based upon current annual year's growth (actual percent by weight).

**Riparian Zones**

Site potential and desired future condition will be defined for specific areas. Standards will be developed to achieve these conditions. Until site specific standards are in place, the following will be used to maintain or improve riparian condition.

Allow no salting or livestock supplement stations within 1/4 mile of water developments, streams, or other riparian areas.

**Streamsides**

Stubble Height - Retain 4-6 inches on streamside vegetative biomass at end of the grazing season. This standard may be modified depending upon stream condition and grazing system.

**Bank Stability** - Apply management strategies to achieve at least 80 percent of naturally occurring streambank stability. Stability will be measured in linear feet by stream reach.

**Utilization** - Do not exceed 45 percent use of streamside herbaceous vegetation with no reduction in ground cover for streamside zones in good condition (utilization may exceed 45 percent when intensive systems are used to restore streamside zones to good condition or to maintain riparian zones already in good condition). For streamside zones in poor condition, utilization may be 0-25 percent until restored to fair condition.

**Other Riparian Areas**

Other riparian areas include areas such as wetlands, meadows, and lakeshores. These areas will be treated as special situations. Desired future condition will be described for each of these areas. Management standards will be designed to achieve these desired conditions.

**Off Dates:** The permittee will remove livestock from Forest Service administered lands before the expiration of the designated grazing season upon request of the Forest officer when it is apparent that further grazing will damage the resources.

3

If livestock owned by the permittee are found to be grazing on the allotment in greater numbers, or at times or places other than permitted in Part 1 of your permit or specified on the annual Bill for Collection, the permittee shall be billed for excess use at the unauthorized use rate and may face suspension or cancellation of the Permit.

**Agreement of Plan:**

I have reviewed and agree to this annual operating plan.

It is fully understood and agreed that the Permit may be suspended or cancelled, in whole or in part, after written notice, for failure to comply with any of the terms and conditions specified in the Grazing Permit, Allotment Management Plan, Annual Operating Plan or any of the regulations of the Secretary of Agriculture on which the Permit is based, or the instructions of Forest officers issued thereunder; or for knowingly and willfully making a false statement or representation in the permittee's grazing application, and amendments thereto; or for conviction for failure to comply with Federal laws or regulations or State and local laws relating to livestock control and to protection of air, water, soil and vegetation, fish and wildlife, and other environmental values when exercising the grazing use authorized by the Permit. The Permit can also be cancelled, in whole or in part, or otherwise modified, at any time during the term to conform with needed changes brought about by law, regulation, Executive order, allotment management plans, land management planning, numbers permitted or seasons of use necessary because of resource conditions, or the lands described otherwise being unavailable for grazing. Any suspension or cancellation action may be appealed pursuant to 36 CFR 251, Subpart C.

Permittee_____   Date_____

Forest Officer_____   Date_____

4