UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

**Date: August 28, 2008**  **JUDGE: Phyllis J. Hamilton**

**Case No:** C-08-1460 PJH

**Case Name:** Western Watersheds Project et al. v. United States Forest Service

**Attorney(s) for Plaintiff:** Warren A. Braunig; Klaus H. Hamm
**Attorney(s) for Defendant:** David B. Glazer

**Deputy Clerk**: Nichole Heuerman    **Court Reporter**: Not Reported

PROCEEDINGS

Further Case Management Conference-Held. The parties inform the court that they are still considering consenting to a magistrate judge for all purposes. The parties inform the court that they would like to attempt settlement before going forward with the case. The case will be referred to a magistrate judge to conduct a settlement conference. The court recommends Judge Laporte or Judge Zimmerman. The parties to contact the court by Friday 8/29/08 with decision on which magistrate judge they would like to be referred to conduct a settlement conference. As for the pending motion to sever and transfer the reply brief shall be filed on 9/3/08. Once the reply brief is filed the court will issue an order administratively terminating motion pending settlement discussions. A further case management conference is set for 1/15/09 at 2:30 p.m. A joint statement shall be filed one week in advance of the conference.

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc:** chambers file