UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WESTERN WATERSHEDS PROJECTS, et al.,

    Plaintiff(s),

    v.

U.S. FOREST SERVICE,

    Defendant(s).
_____/

No. C 08-1460 PJH

**ORDER SCHEDULING FURTHER CASE MANAGEMENT CONFERENCE AND TERMINATING MOTION**

Given the parties' interest in commencing settlement discussions rather than engaging in motion practice at this time, this matter is referred by separate order to a magistrate judge for an immediate settlement conference. A further case management conference will be held on January 15, 2009, at 2:30 p.m.

With respect to defendant's motion to sever and transfer filed on August 6, 2008, in lieu of the stipulation and proposed order filed by the parties (docket no. 63), the court enters this order. The reply brief shall be filed by September 3, 2008, however, the September 10, 2008 hearing date is VACATED, and the motion (docket no. 51, 52) is ADMINISTRATIVELY TERMINATED pending settlement discussions between the parties. Should the settlement discussions not prove fruitful, the fully-briefed motion can simply be re-noticed for hearing. Unless and until it is re-noticed, it will remain off calendar. A date for hearing, if necessary, will be discussed at the next case management conference.

**IT IS SO ORDERED.**

Dated: September 2, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge