UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WESTERN WATERSHEDS PROJECT, et al.,

        Plaintiff(s),

    v.

U.S. FOREST SERVICE,

        Defendant(s).

No. C 08-1460 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, and at the request of the parties, this matter is referred to Magistrate Judge Laporte, to conduct a settlement conference by December 31, 2008. It is anticipated that several conferences will be needed. The initial conference shall be attended by the original parties only, however, if subsequent conferences address remedies, the intervenors shall be permitted to attend as well.

    The parties will be advised of the date, time and place of appearance by notice from Magistrate Judge Laporte.

    IT IS SO ORDERED.

Dated: September 2, 2008

                                            PHYLLIS J. HAMILTON
                                            United States District Judge

cc: Wings, Magistrate Judge Laporte