**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WESTERN WATERSHEDS PROJECT,
ET AL.,

    Plaintiffs,       No.  C-08-1460 PJH (EDL)

  v.            ORDER EXCUSING ATTENDANCE
               AT SETTLEMENT CONFERENCE

UNITED STATES FOREST SERVICE,

    Defendant.
_____/

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

   By letter dated December 2, 2008, Plaintiffs' counsel request that, other than three Plaintiff representatives, Plaintiffs be excused from personally appearing at the settlement conference scheduled for December 18, 2008.  Plaintiffs' counsel represent that Defendants and their attorney have no objection to a limited number of Plaintiffs appearing. Accordingly, the Court grants the requests to excuse personal attendance.  Therefore, it is hereby ORDERED that a representative having full authority to negotiate and settle the case for each Plaintiff that is not appearing in person be available by telephone from 9:30 a.m. Pacific Standard Time until further notice on December 18, 2008.

   If the Court concludes that the absence of any Plaintiff is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party.

IT IS SO ORDERED.

Dated: December 2, 2008

*Elizabeth D. Laporte*

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge