**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WESTERN WATERSHEDS, et al.,

          Plaintiffs,

  v.

U.S. FOREST SERVICE,

          Defendant.

                              /

No. C-08-01460 PJH  (EDL)

**ORDER FOLLOWING SETTLEMENT CONFERENCE**

Following the Settlement Conference held on December 18, 2008, by January 31, 2009, Defendants shall provide to Plaintiffs a one page summary of reasons for each of the 17 challenged decisions that Defendants have withdrawn.

By February 27, 2009, Plaintiffs shall provide to Defendants information with references to the administrative record supporting their challenge to a limited number of C.E.'s (e.g., 4) for locations in up to two different states, that Plaintiffs consider to be exemplary of certain types of violations.

By March 31, 2009, Defendants shall provide to Plaintiffs any additional record documents that may be relevant to the C. E.'s that Plaintiff has identified that Plaintiffs did not already receive through their FOIA requests.

1       A further settlement conference is scheduled for April 16, 2008 at 9:30 a.m. Updated

2   Confidential Settlement Conference Statements shall be submitted no later than April 9, 2009.

3   **IT IS SO ORDERED.**

4

5   Dated: December 18, 2008

                               *Elizabeth D. Laporte*
6                               ELIZABETH D. LAPORTE
                            United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2