1  JEFFREY R. CHANIN (CSB # 103649)
   WARREN A. BRAUNIG (CSB # 243884)
2  KEKER & VAN NEST, LLP
   710 Sansome Street
3  San Francisco, CA 94111
   Telephone:    (415) 391-5400
4  Facsimile:    (415) 397-7188
   Email: jchanin@kvn.com
5         wbraunig@kvn.com

6  LAUREN M. RULE (ISB # 6863), *pro hac vice*
   ADVOCATES FOR THE WEST
7  P.O. Box 1612
   Boise, ID 83701
8  Telephone:    (208) 342-7024
   Facsimile:    (208) 342-8286
9  Email: lrule@advocateswest.org

10 Attorneys for Plaintiffs

11

12                    UNITED STATES DISTRICT COURT

13                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15 WESTERN WATERSHEDS PROJECT;          )  Case No.: C 08-01460 PJH
   NATURAL RESOURCES DEFENSE            )
16 COUNCIL; CENTER FOR BIOLOGICAL       )
   DIVERSITY; CALIFORNIA TROUT;         )  **STIPULATION AND [PROPOSED]**
17 ENVIRONMENTAL PROTECTION             )  **ORDER VACATING JANUARY 15, 2009**
   INFORMATION CENTER; KLAMATH          )  **CASE MANAGEMENT CONFERENCE**
18 SISKIYOU WILDLANDS CENTER; LOS       )
   PADRES FOREST WATCH; SIERRA          )
19 FOREST LEGACY; SEQUOIA               )
   FORESTKEEPER; GRAND CANYON           )
20 TRUST; UTAH ENVIRONMENTAL            )
   CONGRESS; RED ROCK FORESTS; and      )
21 OREGON NATURAL DESERT                )
   ASSOCIATION,                         )
22                                      )
              Plaintiffs,                )
23                                      )
       vs.                              )
24                                      )
   U.S. FOREST SERVICE,                 )
25                                      )
              Defendant.                 )
26 _____)

27

28

433786.01     STIPULATION AND [PROPOSED] ORDER VACATING CASE MANAGEMENT CONFERENCE
                              Case No.: C 08-01460 PJH

1  The parties, by and through their undersigned counsel, hereby make a stipulated request to vacate the currently scheduled January 15, 2009 Case Management Conference.  As set forth in the accompanying Joint Case Management Conference Statement and Motion to Vacate January 15, 2009 Case Management Conference, the parties have set a schedule for continuing settlement discussions in this matter, with another mediated settlement conference to occur on April 16, 2009.  The parties therefore request that the Court reset the Case Management Conference to a date subsequent to the April 16, 2009 settlement conference.

**IT IS SO STIPULATED.**

Dated January 8, 2009    FOR PLAINTIFFS

By:   /s/ Warren A. Braunig
      JEFFREY R. CHANIN
      WARREN A. BRAUNIG
      KEKER & VAN NEST LLP
      710 Sansome Street
      San Francisco, CA 94111


Dated January 8, 2009    FOR DEFENDANT

By:   /s/ David B. Glazer
      DAVID B. GLAZER
      Natural Resources Section
      Environmental and Natural Resources
        Division
      U.S. Department of Justice
      301 Howard Street, Suite 1050
      San Francisco, CA 94105
      *Concurrence obtained per General Order 45 X.B.*

433786.01    STIPULATION AND [PROPOSED] ORDER VACATING CASE MANAGEMENT CONFERENCE
Case No.: C 08-01460 PJH

1  **[~~PROPOSED~~] ORDER**

2  PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO

3  ORDERED.  The Court orders that the Case Management Conference, currently scheduled for

4  January 15, 2009 at 2:30 p.m., is vacated.  The Court will reschedule the Case Management

5  Conference for a date after the April 16, 2009 settlement conference.

6

7  Dated: __1/9/09_____        _____

8          HON. PHYLLIS J. HAMILTON
           UNITED STATES DISTRICT JUDGE

9  CASE MANAGEMENT
   CONFERENCE SET
10 FOR 4/30/09.



IT IS SO ORDERED
Judge Phyllis J. Hamilton

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28