1  JEFFREY R. CHANIN (CSB # 103649)
   WARREN A. BRAUNIG (CSB # 243884)
2  KEKER & VAN NEST, LLP
   710 Sansome Street
3  San Francisco, CA 94111
   Telephone:    (415) 391-5400
4  Facsimile:    (415) 397-7188
   Email: jchanin@kvn.com
5          khamm@kvn.com
           wbraunig@kvn.com
6
   LAUREN M. RULE (ISB # 6863), *pro hac vice*
7  ADVOCATES FOR THE WEST
   P.O. Box 1612
8  Boise, ID 83701
   Telephone:    (208) 342-7024
9  Facsimile:    (208) 342-8286
   Email: lrule@advocateswest.org
10
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT; NATURAL RESOURCES DEFENSE COUNCIL; CENTER FOR BIOLOGICAL DIVERSITY; CALIFORNIA TROUT; ENVIRONMENTAL PROTECTION INFORMATION CENTER; KLAMATH SISKIYOU WILDLANDS CENTER; LOS PADRES FOREST WATCH; SIERRA FOREST LEGACY; SEQUOIA FORESTKEEPER; GRAND CANYON TRUST; UTAH ENVIRONMENTAL CONGRESS; RED ROCK FORESTS; and OREGON NATURAL DESERT ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. FOREST SERVICE,<br><br>Defendant. | Case No.: C 08-01460 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1   The parties, by and through their undersigned counsel, hereby make a stipulated request to continue the currently scheduled April 30, 2009 Case Management Conference.  Due to a conflict on the part of Plaintiffs' counsel, the parties request that the Case Management Conference be postponed until May 21, 2009.  The Case Management Conference Statement would be due May 14, 2009.

**IT IS SO STIPULATED.**

Dated  March 18, 2009                FOR PLAINTIFFS

By:   /s/ Warren A. Braunig
      JEFFREY R. CHANIN
      WARREN A. BRAUNIG
      KEKER & VAN NEST LLP
      710 Sansome Street
      San Francisco, CA 94111


Dated  March 18, 2009                FOR DEFENDANT

By:   /s/ David Glazer
      DAVID GLAZER
      Natural Resources Section
      Environmental and Natural Resources Division
      Department of Justice
      301 Howard Street, Suite 1050
      San Francisco, CA 94105
      *Concurrence obtained per General Order 45 X.B.*

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, the Court orders that the Case Management Conference, currently scheduled for April 30, 2009 at 2:30 p.m., is continued to May 21, 2009, and the Case Management Conference Statement will be due May 14, 2009.

IT IS SO ORDERED.

Dated: 3/20/09



_____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE