IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN WATERSHEDS, et al., | No. C-08-01460 PJH  (EDL) |
| Plaintiffs, | **ORDER FOLLOWING FURTHER SETTLEMENT CONFERENCE** |
| v. | |
| U.S. FOREST SERVICE, | |
| Defendant. | |

Following the further settlement conference held on April 16, 2009, plaintiffs shall prepare a proposal for settlement of all or at least most of the case to defendants by May 15, 2009. Defendants agree to consider the proposal and provide some feedback to plaintiffs. Defendants shall also present it to management and report by joint letter sent via facsimile to chambers at (415) 522-2002 by July 17, 2009 and Judge Laporte will decide whether to hold a further settlement conference. In the interim, either side or both may contact Judge Laporte's chambers by telephone.

The parties request and Judge Laporte recommends that Judge Hamilton continue the case management conference currently set for May 21, 2009 at 2:30 p.m., until the week of August 17, 2009, or later. Pending the continued case management conference, the parties agree to informally stay litigation activities.

**IT IS SO ORDERED.**

Dated: April 16, 2009

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge