JEFFREY R. CHANIN (CSB # 103649)
WARREN A. BRAUNIG (CSB # 243884)
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188
Email: jchanin@kvn.com
       wbraunig@kvn.com

LAUREN M. RULE (ISB # 6863), *pro hac vice*
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
Telephone:    (208) 342-7024
Facsimile:    (208) 342-8286
Email: lrule@advocateswest.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT; NATURAL RESOURCES DEFENSE COUNCIL; CENTER FOR BIOLOGICAL DIVERSITY; CALIFORNIA TROUT; ENVIRONMENTAL PROTECTION INFORMATION CENTER; KLAMATH SISKIYOU WILDLANDS CENTER; LOS PADRES FOREST WATCH; SIERRA FOREST LEGACY; SEQUOIA FORESTKEEPER; GRAND CANYON TRUST; UTAH ENVIRONMENTAL CONGRESS; RED ROCK FORESTS; and OREGON NATURAL DESERT ASSOCIATION, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. FOREST SERVICE, <br><br> Defendant. | Case No.: C 08-01460 PJH <br><br> **STIPULATION AND [PROPOSED] ORDER VACATING FEBRUARY 4, 2010 CASE MANAGEMENT CONFERENCE** |

1   The parties, by and through their undersigned counsel, hereby make a stipulated request
2 to vacate the currently scheduled February 4, 2010 Case Management Conference.  The parties
3 are engaged in ongoing settlement negotiations that are moving forward but not yet complete.
4 The parties therefore request that the Court reset the Case Management Conference to April 8,
5 2010 or the Court's first available date after April 16.
6          **IT IS SO STIPULATED.**
7
8   Dated January 28, 2010            FOR PLAINTIFFS
9
                                By:    /s/ Warren A. Braunig
10                                     JEFFREY R. CHANIN
                                       WARREN A. BRAUNIG
11                                     KEKER & VAN NEST LLP
                                       710 Sansome Street
12                                     San Francisco, CA 94111
13
14
15
    Dated January 28, 2010            FOR DEFENDANT
16
17                              By:    /s/ David B. Glazer
                                       DAVID B. GLAZER
18                                     Natural Resources Section
                                       Environmental and Natural Resources
19                                         Division
                                       U.S. Department of Justice
20                                     301 Howard Street, Suite 1050
                                       San Francisco, CA 94105
21                                     *Concurrence obtained per General Order*
22                                     *45 X.B.*
23
24
25
26
27
28

466502.01

STIPULATION AND [PROPOSED] ORDER VACATING FEBRUARY 4, 2010 CASE MANAGEMENT
CONFERENCE
Case No.: C 08-01460 PJH

1
2         **[PROPOSED] ORDER**
3         PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO
4  ORDERED.  The Court orders that the Case Management Conference, currently scheduled for
5  February 4, 2010 at 2:30 p.m., is vacated.  The Court will reschedule the Case Management
6  Conference for __April 8_____, 2010.
7
8
9
10  Dated: 2/2/10                                    _____
11                                                   HON. _____
                                                     UNITED STATES DISTRICT JUDGE
12
13   THIS IS THE LAST CONTINUANCE
     WITHOUT AN APPEARANCE.
14   PARTIES MUST FILE A JOINT
     CASE MANAGEMENT
15   CONFERENCE STATEMENT AND
     APPEAR AT THE 4/8/10 CASE
16   MANAGEMENT CONFERENCE.



IT IS SO ORDERED
Judge Phyllis J. Hamilton

17
18
19
20
21
22
23
24
25
26
27
28