IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
TEL: (415) 744–6491
FAX: (415) 744-6476
e-mail: david.glazer@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*, | No. 4:08-CV-1460 PJH |
| Plaintiffs, | STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR THE FEDERAL DEFENDANT TO PLEAD IN RESPONSE PLAINTIFFS' THIRD AMENDED COMPLAINT |
| v. | |
| UNITED STATES FOREST SERVICE, | |
| Defendant. | Date: N/A |
| | Time: N/A |
| | Courtroom No. 3 |
| | Hon. Phyllis J. Hamilton |

*Western Watersheds Project v. U.S. Forest Service*, No: 4:08-cv-1460 PJH
Stipulation and Proposed Order Extending Time for Federal Defendant to Plead re:  Third Amended Complaint

Plaintiffs Western Watersheds Project, *et al.* and Federal Defendant United States Forest Service (the "Parties") submit this Stipulation and Proposed Order extending the time within which Federal Defendant may respond to Plaintiffs' Third Amended Complaint.  Pursuant to Local Rule 6-2, and in further support of this Stipulation, the Federal Defendant respectfully directs the Court's attention to the accompanying Declaration of David B. Glazer.  The Parties further represent as follows:

1. Plaintiffs filed their Third Amended Complaint [Dkt. #103], pursuant to the Parties' Stipulated Agreement and Order [Dkt. #102] ¶ 5, on September 14, 2010.  The Federal Defendant's response to that complaint is due on September 28, 2010.

2. Pursuant to the Court's Minute Order of April 8, 2010 [Dkt. #99], the Federal Defendant filed its renewed Motion To Sever Claims and Transfer Venue [Dkt. #104] on September 22, 2010, which is calendared for hearing on October 27, 2010.

3. The Parties stipulate, subject to Court approval, that the Federal Defendant may have up to and including October 22, 2010, to respond to the Third Amended Complaint, which is a date in advance of the hearing on the pending motion to sever and transfer.

4. Previous requests for extension of time or continuance are detailed in the Glazer Declaration ¶¶ 2–9.

SO STIPULATED:

Dated: September 23, 2010

FOR PLAINTIFFS

JEFFREY R. CHANIN
WARREN A. BRAUNIG
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, California  94111
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188
Email:  jchanin@kvn.com
            wbraunig@knv.com

/s/*Lauren M. Rule*
LAUREN M. RULE
ADVOCATES FOR THE WEST
P.O. Box 1612

*Western Watersheds Project v. U.S. Forest Service*, No: 4:08-cv-1460 PJH
Stipulation and Proposed Order Extending Time for Federal Defendant to Plead re:  Third Amended Complaint        1

|   |   |   |
|---|---|---|
| 1 |  | Boise, Idaho  83701 |
| 2 |  | Telephone:     (208) 342-7024 |
|   |  | Facsimile:      (208) 342-8286 |
| 3 |  | Email: lru1e@advocateswest.org |
| 4 |  | FOR DEFENDANT |
| 5 | DATED:  September 23, 2010 | IGNACIA S. MORENO |
|   |  | Assistant Attorney General |
| 6 |  | Environment & Natural Resources Division |
| 7 |  | /s/*David B. Glazer* |
|   |  | DAVID B. GLAZER |
| 8 |  | Natural Resources Section |
|   |  | Environment & Natural Resources Division |
| 9 |  | United States Department of Justice |
|   |  | 301 Howard Street, Suite 1050 |
| 10 |  | San Francisco, California |
|   |  | Tel:     (415) 744-6491 |
| 11 |  | Fax:    (415) 744-6476 |
|   |  | E-mail:  David.Glazer@usdoj.gov |

*Attorneys for Federal Defendant*

### ATTORNEY ATTESTATION OF CONCURRENCE

I hereby attest that I have obtained Plaintiffs' concurrence in this filing, indicated by the signature of Plaintiffs' counsel represented by a "conformed" signature ("/s/") within this e-filed document.

Dated:  September 23, 2010

/s/*David B. Glazer*
DAVID B. GLAZER
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
Telephone:     (415) 744-6491
Facsimile:      (415) 744-6476
E-mail:  david.glazer@usdoj.gov

*Western Watersheds Project v. U.S. Forest Service*, No: 4:08-cv-1460 PJH
Stipulation and Proposed Order Extending Time for Federal Defendant to Plead re:  Third Amended Complaint     2

[~~PROPOSED~~] ORDER

In consideration of the Stipulation set out above, the Court hereby ORDERS that the Stipulation is approved and that Federal Defendant may have up to and including October 22, 2010, to respond to Plaintiffs' Third Amended Complaint.

IT IS SO ORDERED.

Dated: 9/27/10  _____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE



*Western Watersheds Project v. U.S. Forest Service*, No: 4:08-cv-1460 PJH
Stipulation and Proposed Order Extending Time for Federal Defendant to Plead re:  Third Amended Complaint   3

CERTIFICATE OF SERVICE

I, David B. Glazer, hereby certify that, on September 23, 2010, I caused the foregoing to be served upon counsel of record through the Court's electronic service system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  September 23, 2010            /s/*David B. Glazer*
                                         David B. Glazer