JEFFREY R. CHANIN (CSB # 103649)
WARREN A. BRAUNIG (CBS # 243884)
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
Telephone:   (415) 391-5400
Facsimile:    (415) 397-7188
Email: jchanin@kvn.com

LAUREN M. RULE (ISB # 6863), *pro hac vice*
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
Telephone:   (208) 342-7024
Facsimile:    (208) 342-8286
Email: lrule@advocateswest.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT; NATURAL RESOURCES DEFENSE COUNCIL; CENTER FOR BIOLOGICAL DIVERSITY; CALIFORNIA TROUT; ENVIRONMENTAL PROTECTION INFORMATION CENTER; KLAMATH SISKIYOU WILDLANDS CENTER; and SIERRA FOREST LEGACY,<br><br>                    Plaintiffs,<br><br>        v.<br><br>U.S. FOREST SERVICE,<br><br>                    Defendant. | Case No. 4:08-cv-01460-PJH<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST FOR AMENDMENT TO SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>Dept:        Courtroom 3, 3rd Floor<br>Judge:      Phyllis Hamilton<br><br>Date Comp. Filed:     March 14, 2008<br><br>Trial Date: Not Assigned |

552480.01

[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST FOR AMENDMENT TO
SUMMARY JUDGMENT BRIEFING SCHEDULE
CASE NO.4:08-cv-01460-PJH

Having reviewed the papers submitted, the Court has considered the joint request of the parties and hereby GRANTS the joint request for amendment to the summary judgment briefing schedule. The schedule for summary judgment briefing shall be re-set as follows:

1. Plaintiffs will file their motion for summary judgment by June 22, 2011.

2. Defendant and Intervenor-Defendants will file their oppositions and cross-motions for summary judgment by August 8, 2011.

3. Plaintiffs will file their combined opposition and reply brief by September 22, 2011.

4. Defendant and Intervenor-Defendants will file their reply brief by October 24, 2011.

IT IS SO ORDERED.

Dated: 4/18/11

_____
HON. PHYLLIS J. HAMILTON



1
[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST FOR AMENDMENT TO SUMMARY JUDGMENT BRIEFING SCHEDULE
CASE NO. 4:08-cv-01460-PJH

552480.01