JEFFREY R. CHANIN (CSB # 103649)
WARREN A. BRAUNIG (CBS # 243884)
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188
Email: jchanin@kvn.com
             wbraunig@kvn.com

LAUREN M. RULE (ISB # 6863), *pro hac vice*
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
Telephone:     (208) 342-7024
Facsimile:      (208) 342-8286
Email: lrule@advocateswest.org

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT; NATURAL RESOURCES DEFENSE COUNCIL; CENTER FOR BIOLOGICAL DIVERSITY; CALIFORNIA TROUT; ENVIRONMENTAL PROTECTION INFORMATION CENTER; KLAMATH SISKIYOU WILDLANDS CENTER; and SIERRA FOREST LEGACY,<br><br>                                    Plaintiffs,<br><br>       v.<br><br>U.S. FOREST SERVICE,<br><br>                                    Defendant. | Case No. 4:08-cv-01460-PJH<br><br>**[~~PROPOSED~~] ORDER GRANTING THE PARTIES' JOINT REQUEST TO ADJUST BRIEFING SCHEDULE**<br><br>Dept:      Courtroom 3, 3rd Floor<br>Judge:    Hon. Phyllis J. Hamilton<br><br>Date Comp. Filed:     March 14, 2008<br><br>Trial Date:  Not Assigned |

1    Having reviewed the papers submitted, the Court has considered the joint request of

2  plaintiffs Western Watersheds Project et al., defendant U.S. Forest Service, and Intervenor-

3  Defendants to adjust the briefing schedule for summary judgment, and hereby GRANTS the

4  parties' request.

5    The briefing schedule is re-set as follows:

6    1.    Plaintiffs shall file their combined opposition and reply brief on or before

7  September 29, 2011.

8    2.    Defendant and Intervenor-Defendants will file their reply brief on or before

9  November 1, 2011.

10  [The summary judgment hearing shall remain on November 9, 2011.]

11  [The summary judgment hearing shall be continued until _January 18, 2012_____.]

12

13  IT IS SO ORDERED.

14

15  Dated: 9/14/11

16  _____
    HON. PHYLLIS J. HAMILTON
    United States District Judge

17

IT IS SO ORDERED

Judge Phyllis J. Hamilton

578787.01