IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
TEL: (415) 744–6491
FAX: (415) 744-6476
e-mail: david.glazer@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, <br><br> Defendant. | No. 4:08-CV-1460 PJH <br><br> JOINT STATEMENT OF THE PARTIES CONCERNING DISPOSITION OF CASE <br><br> Date: N/A <br><br> Time: N/A <br><br> Courtroom No. 3 <br><br> Hon. Phyllis J. Hamilton |

*Western Watersheds Project v. U.S. Forest Service*, No: 4:08-cv-1460 PJH
Joint Statement of the Parties Concerning Disposition of Case

Plaintiffs Western Watersheds Project, *et al.*, Federal Defendant United States Forest Service, and Intervenor Defendant California Farm Bureau Federation, *et al.* (the "Parties")[1] submit this joint statement concerning further disposition of this case, as requested by the Court in its March 30, 2012 Order Granting in Part and Denying in Part Motions for Summary Judgment [Dkt. #159], at 32–33.

The Plaintiffs and Federal Defendants have met and conferred in an effort to narrow or eliminate the issues remaining for resolution by this Court and craft an appropriate proposed judgment. At this time, those parties are working towards, but have not yet reached, further agreement with the Intervenors on the appropriate disposition of all remaining claims. Accordingly, the Plaintiffs and Federal Defendant suggest that they report back to the Court on or before May 25, 2012, on progress made towards the resolution of outstanding issues.

Respectfully submitted,

FOR PLAINTIFFS

Dated: May 11, 2012

/s/*Warren A. Braunig*
JEFFREY R. CHANIN
WARREN A. BRAUNIG
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, California 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: wbraunig@knv.com

/s/*Lauren M. Rule*
LAUREN M. RULE
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, Idaho 83701
Telephone: (208) 342-7024
Facsimile: (208) 342-8286
Email: lru1e@advocateswest.org

FOR FEDERAL DEFENDANT

DATED: May 11, 2012

IGNACIA S. MORENO
Assistant Attorney General

---

[1] Counsel for the Federal Defendant was unable to obtain the concurrence of counsel for Intervenor Defendant California Cattlemen's Association prior to filing this document.

*Western Watersheds Project v. U.S. Forest Service*, No: 4:08-cv-1460 PJH
Joint Statement of the Parties Concerning Disposition of Case        1

|   |   |
|---|---|
|   | Environment & Natural Resources Division |
|   | /s/*David B. Glazer* |
|   | DAVID B. GLAZER |
|   | Natural Resources Section |
|   | Environment & Natural Resources Division |
|   | United States Department of Justice |
|   | 301 Howard Street, Suite 1050 |
|   | San Francisco, California  94105 |
|   | Tel:     (415) 744-6491 |
|   | Fax:    (415) 744-6476 |
|   | E-mail:  David.Glazer@usdoj.gov |
|   |   |
|   | FOR THE INTERVENOR DEFENDANTS |
| DATED: May 11, 2012 | /s/*Jack L. Rice* |
|   | JACK L. RICE |
|   | CALIFORNIA FARM BUREAU FEDERATION |
|   | 2300 River Plaza Drive |
|   | Sacramento, CA 95833 |
|   | Tel:     (916) 561-5660 |
|   | Fax:    (916) 561-5691 |
|   | E-mail:  jrice@cfbf.com |

5/16/12

[Stamp: IT IS SO ORDERED — Judge Phyllis J. Hamilton — United States District Court, Northern District of California]

### ATTORNEY ATTESTATION OF CONCURRENCE

I hereby attest that I have obtained Plaintiffs' and Intervenor Defendant California Farm Bureau Federation's concurrence in this filing, indicated by the signature of Plaintiffs' and Intervenor Defendant's counsel represented by a "conformed" signature ("/s/") within this e-filed document.

Dated:  May 11, 2012                          /s/*David B. Glazer*
                                              DAVID B. GLAZER
                                              Natural Resources Section
                                              Environment and Natural Resources Division
                                              United States Department of Justice
                                              301 Howard Street, Suite 1050
                                              San Francisco, California  94105
                                              Telephone:     (415) 744-6491
                                              Facsimile:     (415) 744-6476
                                              E-mail:  david.glazer@usdoj.gov

CERTIFICATE OF SERVICE

I, David B. Glazer, hereby certify that, on May 11, 2012, I caused the foregoing to be served upon counsel of record through the Court's electronic service system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 11, 2012                              /s/*David B. Glazer*
　　　　　　　　　　　　　　　　　　　　　　　　　　David B. Glazer

*Western Watersheds Project v. U.S. Forest Service*, No: 4:08-cv-1460 PJH
Joint Statement of the Parties Concerning Disposition of Case                                                         3