JEFFREY R. CHANIN (CSB # 103649)
WARREN A. BRAUNIG (CSB # 243884)
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188
Email: jchanin@kvn.com
       wbraunig@kvn.com

LAUREN M. RULE (ISB # 6863), *pro hac vice*
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
Telephone:    (208) 342-7024
Facsimile:    (208) 342-8286
Email: lrule@advocateswest.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT; NATURAL RESOURCES DEFENSE COUNCIL; CENTER FOR BIOLOGICAL DIVERSITY; CALIFORNIA TROUT; ENVIRONMENTAL PROTECTION INFORMATION CENTER; KLAMATH SISKIYOU WILDLANDS CENTER; and SIERRA FOREST LEGACY,<br><br>     Plaintiffs,<br><br> vs.<br><br>U.S. FOREST SERVICE,<br><br>     Defendant. | Case No.: C 08-01460 PJH<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiffs Western Watersheds Project, *et al.* and Federal Defendant United States Forest Service hereby voluntarily dismiss the remaining claims in this action from Plaintiffs' Third Amended Complaint (ECF No. 103).  Plaintiffs' Third Amended Complaint challenged ten categorical exclusion ("CE") decisions covering authorization of livestock grazing.  Those CE decisions were the following:

<u>Klamath National Forest</u>

Little North Fork CE; Shelly Meadows CE; Big Ridge CE; Big Meadows CE;

<u>Modoc National Forest</u>

Mount Dome CE; Beaver Dam, East Grizzlie, Timbered Mountain, and Surveyors Valley CE;

<u>Mendocino National Forest</u>

Pine Mountain, York Cabin, Middle Creek and Elk Mountain CE;

<u>Lassen National Forest</u>

Deer Creek and Lyonsville CE; Champs Flat, Gooch Valley, Lower Pine Creek, and North Eagle Lake CE;

<u>Inyo National Forest</u>

Tunawee, Ash Creek, Alabama Hills, and George Creek CE.

Subsequently, the Forest Service withdrew the two Modoc and the Inyo CE decisions. *See* ECF No. 117, at 1.

The parties filed cross-motions for summary judgment as to two CE decisions:  the Big Ridge CE on the Klamath National Forest and the Pine Mountain, York Cabin, Middle Creek and Elk Mountain CE on the Mendocino National Forest (ECF No. 136; ECF No. 147).

On March 30, 2012, the Court issued an Order Granting in Part and Denying in Part Motions for Summary Judgment (ECF No. 159).  The Court held the conclusions reached by the Forest Service in connection with the Big Ridge CE and Mendocino CE decision memos were arbitrary and capricious in certain respects and failed to take the "hard look" required by NEPA.

The Forest Service has subsequently acknowledged that, pursuant to the Court's Summary Judgment Order, the Big Ridge and Mendocino CE Decision Memos are set aside, and

has notified Plaintiffs that, as of October 23, 2012, the Big Ridge allotment on the Klamath National Forest and the Pine Mountain, York Cabin, Middle Creek and Elk Mountain allotments on the Mendocino National Forest are currently scheduled for environmental analysis under NEPA during the 2014-2016 review period.

Of the remaining CEs challenged in Plaintiffs' Third Amended Complaint, the Forest Service has also notified Plaintiffs that it has withdrawn the Little North Fork, Shelly Meadows, and Big Meadows CE decisions on the Klamath National Forest and the Champs Flat, Gooch Valley, Lower Pine Creek, and North Eagle Lake CE decision on the Lassen National Forest.  As of October 23, 2012, these allotments are currently scheduled for environmental analysis under NEPA during the 2014-2016 review period.

Plaintiffs hereby dismiss with prejudice their claims against the one outstanding CE decision from their Third Amended Complaint:  the Deer Creek and Lyonsville CE from the Lassen National Forest.

Pursuant to these actions by Defendant Forest Service and Plaintiffs, all of the remaining claims in Plaintiffs' Third Amended Complaint are resolved.  Therefore, Plaintiffs and Defendant Forest Service stipulate under Fed. R. Civ. P. 41(a)(2) that this case may be dismissed with prejudice, in accordance with the accompanying judgment.

IT IS SO STIPULATED:

FOR PLAINTIFFS

Dated:  November 8, 2012

/s/*Warren A. Braunig*
JEFFREY R. CHANIN
WARREN A. BRAUNIG
KEKER & VAN NEST LLP
633 Battery St.
San Francisco, California  94111
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188
Email:  wbraunig@kvn.com

```
                                /s/Lauren M. Rule
                                LAUREN M. RULE
                                ADVOCATES FOR THE WEST
                                P.O. Box 1612
                                Boise, Idaho  83701
                                Telephone:    (208) 342-7024
                                Facsimile:    (208) 342-8286
                                Email:  lru1e@advocateswest.org


                                FOR FEDERAL DEFENDANT

Dated:  November 8, 2012        IGNACIA S. MORENO
                                Assistant Attorney General
                                Environment & Natural Resources Division

                                /s/David B. Glazer
                                DAVID B. GLAZER
                                Natural Resources Section
                                Environment & Natural Resources Division
                                United States Department of Justice
                                301 Howard Street, Suite 1050
                                San Francisco, California  94105
                                Tel:    (415) 744-6491
                                Fax:    (415) 744-6476
                                E-mail:  David.Glazer@usdoj.gov
```

1    **[PROPOSED] ORDER**

2    PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, the Court hereby

3    approves the Parties' Stipulation of Dismissal.

4    IT IS SO ORDERED

5    Dated: 11/9/12

6    _____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*